(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Statewide Holding Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-3041833** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**329 North Genesee Street**<br>**Waukegan, IL 60085** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Lake** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Statistical/Administrative Information (Estimates only)
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/28/2004
Time: 15:35:12
Debtor: STATEWIDE HOLDING CORPO
Case: 04-03204    Fee : 209
Chapter: 7 Rec. # : 3058731
Judge: A Benjamin Goldgar
341 mtg: 03/18/2004 @ 02:30PM
Trustee: ILENE GOLDSTEIN
1:04BK03204-BK001

(Official Form 1) (12/03)

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
| --- | --- | --- |
| (This page must be completed and filed in every case) | Statewide Holding Corporation | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Location Where Filed: - None - | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X *David A. Golin*
Signature of Attorney for Debtor(s)
David A. Golin
Printed Name of Attorney for Debtor(s)
Gesas, Pilati, Gesas and Golin, Ltd.
Firm Name
53 West Jackson Boulevard
Suite 528
Chicago, IL 60604
Address
(312) 726-3100  Fax: (312) 939-1742
Telephone Number
January 28, 2004
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Ralph W. Swank, Jr.*
Signature of Authorized Individual
Ralph W. Swank, Jr.
Printed Name of Authorized Individual
Chairman of the Board
Title of Authorized Individual
January 28, 2004
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

## United States Bankruptcy Court
### Northern District of Illinois

In re **Statewide Holding Corporation**                                Case No. _____
                              Debtor(s)                                 Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 28, 2004**                    _/s/ Ralph W. Swank, Jr._
                                                 Ralph W. Swank, Jr./Chairman of the Board
                                                 Signer/Title

American Express
P.O. Box 360001
Ft. Lauderdale, FL 33336


Bank of Waukegan
1601 North Lewis Ave.
P.O. Box 39
Waukegan, IL 60079


Baright, Daniel
10 Shoshoni
Lake Villa, IL 60046


Brooks, Betty
3703 W. 9th St.
Winthrop Harbor, IL 60096


Coad, Barbara
37522 N. Geraghty Ave.
Waukegan, IL 60085


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668


DeFilippis, Mary
10450 W. Paddock Ave.
Waukegan, IL 60087


GMAC/Knauz Motor Sales
775 Rockland Road
Lake Bluff, IL 60044


Grinath, Susan
115 Annapolis Dr.
Vernon Hills, IL 60061


Habib, Daryl
4982 Essington Ct.
Barrington, IL 60010


Iles, Rodger
1200 Sunset
Waukegan, IL 60085

Illinois Department of Revenue
Attention: Bankruptcy Section
100 West Randolph St., Room 7-425
Chicago, IL 60601


Internal Revenue Service
Mail Stop 5010 CHI
230 South Dearborn Street
Chicago, IL 60604


Koath, Carol
1991 Westview Ln.
Round Lake, IL 60073


LaBanow, John
1881 Springhill Dr.
O Fallon, MO 63366


Moeller, Barbra
914 Shields Ave.
Winthrop Harbor, IL 60096


North Shore Sanitary
P.O. Box 750
Gurnee, IL 60031


Peoples Energy
P.O. Box 0
Chicago, IL 60690


Peterson, Ada
961 School Ct.
Round Lake, IL 60073


Pietras, Marjorie
1605 S. Candlestick Way
Waukegan, IL 60085


Recard, Harold
5125 Nature Trail
Racine, WI 53403

Sabonjian, Lorene
Rolling Hills Place
3521 16th St.
Zion, IL 60099

Schreiber, Chester
22 North York
Fox Lake, IL 60020

Strieker, Kenneth
1916 Buckington Dr.
Chesterfield, MO 63017

Thompson, Patricia
1518 75th St.
Kenosha, WI 53143

Thorpe, Carol
7804 Spring Branch Dr. South
Jacksonville, FL 32221

Thurber, Kristen
P.O. Box 279
Arizona City, AZ 85223

Trustco FBO 0141
c/o Bank of Waukegan
1601 N. Lewis Ave.
Waukegan, IL 60085

Trustco FBO Ralph W. Swank
329 N. Genesee
Waukegan, IL 60085

Turk, Jim
2801 N. Bonnie Brook Ln.
Waukegan, IL 60087

Vukovich, Richmond
1703 Hyde Park
Waukegan, IL 60085

York, Mark
8039 57th Ave.
Kenosha, WI 53142