# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: STATEWIDE HOLDING CORPORATION,           § Case No. 04-03204-ABG
        DBA STATEWIDE HOLDING CORPORATION       §
                                                §
Debtor(s)                                       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on January 28, 2004.  The undersigned trustee was appointed on January 28, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $      274,658.31

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 37,128.75 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $      237,529.56 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 07/19/2004.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $16,982.92.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $4,020.99 as interim compensation and now requests the sum of $12,961.93, for a total compensation of $16,982.92.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/23/2010            By: /s/ILENE F. GOLDSTEIN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-03204-ABG  
**Case Name:** STATEWIDE HOLDING CORPORATION,  
DBA STATEWIDE HOLDING CORPORATION  
**Period Ending:** 07/23/10  

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 01/28/04 (f)  
**§341(a) Meeting Date:** 03/18/04  
**Claims Bar Date:** 07/19/04  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   OFFICE BUILDING | 1,250,000.00 | 0.00 | | 0.00 | FA |
| 2   BANK ACCOUNTSBANK OF WAUKEGAN | 3,904.76 | 3,904.76 | | 3,904.76 | FA |
| 3   INTERESTS IN INSURANCE POLICIES | Unknown | Unknown | DA | 0.00 | FA |
| 4   STATEWIDE INSURANCE COMPANY 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 5   WAUKEGAN INSURANCE AGENCY 100% STOCK (u) | Unknown | 150,000.00 | | 237,246.37 | FA |
| 6   STATEWIDE RISK MANAGEMENT & AJUSTMENT CORP. 100% | Unknown | Unknown | DA | 0.00 | FA |
| 7   STATEWIDE TRAVEL AGENCY, INC. 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 8   STATEWIDE FINANCE CO. 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 9   SWANK EXCESS BROKERS INC. 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 10  PRONISSORY NOTE | 6,207.04 | 6,207.04 | | 0.00 | FA |
| 11  OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 10,000.00 | 10,000.00 | | 500.00 | FA |
| 12  Rent on Office Building | Unknown | 0.00 | | 22,151.85 | FA |
| 13  REFUNDS OF UTILITIES AND INSURANCE  (u) | 2,000.00 | 2,000.00 | | 1,082.94 | FA |
| 14  Retainer to Law Firm  (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| Int INTEREST  (u) | Unknown | N/A | | 8,772.39 | Unknown |
| **15 Assets  Totals** (Excluding unknown values) | **$1,273,111.80** | **$173,111.80** | | **$274,658.31** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE RETAINED SPECIAL COUNSEL TO HANDLE CLAIMS OBJECTIONS.  THE TRUSTEE HAS LEARNED THAT THE NOTICE TO CREDITORS ON THE CLAIMS BAR DATE WAS INSUFFICIENT AND ON JANUARY 13, 2009 SHE FILED A NOTICE FOR A NEW BAR DATE.  THIS WILL DELAY THE FILING OF THE FINAL REPORTS.  AFTER THE CLAIMS BAR DATE THE TRUSTEE WILL REVIEW OBJECTION TO ANY NEW CLAIMS FILED AND WITH THE RESOLUTION OF THE  TAX ISSUES SHE WILL  FILE HER FINAL REPORT.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 04-03204-ABG  
**Case Name:** STATEWIDE HOLDING CORPORATION,  
DBA STATEWIDE HOLDING CORPORATION  
**Period Ending:** 07/23/10

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 01/28/04 (f)  
**§341(a) Meeting Date:** 03/18/04  
**Claims Bar Date:** 07/19/04

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** June 30, 2010

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-03204-ABG  
**Case Name:** STATEWIDE HOLDING CORPORATION, DBA STATEWIDE HOLDING CORPORATION  
**Taxpayer ID #:** **-***1833  
**Period Ending:** 07/23/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****66-19 - Time Deposit Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 04/18/06 | | FUNDING ACCOUNT: ********6665 | | 9999-000 | 234,925.64 | | 234,925.64 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3500% | 1270-000 | 112.98 | | 235,038.62 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 147.83 | | 235,186.45 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 113.43 | | 235,299.88 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 145.09 | | 235,444.97 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 106.65 | | 235,551.62 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 151.06 | | 235,702.68 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 115.16 | | 235,817.84 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 142.82 | | 235,960.66 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 294.09 | | 236,254.75 |
| 10/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 272.00 | | 236,526.75 |
| 11/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 272.32 | | 236,799.07 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 272.64 | | 237,071.71 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 276.71 | | 237,348.42 |
| 02/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 258.17 | | 237,606.59 |
| 03/16/07 | | Transfer to MMA | Transfer to MMA | 9999-000 | | 600.00 | 237,006.59 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 258.44 | | 237,265.03 |
| 04/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 262.48 | | 237,527.51 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 262.78 | | 237,790.29 |
| 06/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 263.08 | | 238,053.37 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 267.81 | | 238,321.18 |
| 08/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 268.11 | | 238,589.29 |
| 09/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 268.41 | | 238,857.70 |
| 10/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 273.17 | | 239,130.87 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 266.92 | | 239,397.79 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 267.22 | | 239,665.01 |
| 01/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 236.17 | | 239,901.18 |
| 02/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 243.63 | | 240,144.81 |
| 03/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 224.53 | | 240,369.34 |
| 04/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 192.69 | | 240,562.03 |
| 04/22/08 | | Chase | TRANSFER FROM INVESTMENT | 9999-000 | | 4,000.00 | 236,562.03 |
| 05/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 146.86 | | 236,708.89 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 117.28 | | 236,826.17 |
| 07/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 117.34 | | 236,943.51 |
| 08/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 112.98 | | 237,056.49 |
| 09/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 116.80 | | 237,173.29 |
| 10/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 113.09 | | 237,286.38 |

Subtotals : $241,886.38  $4,600.00

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 04-03204-ABG | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Case Name:** | STATEWIDE HOLDING CORPORATION, | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | DBA STATEWIDE HOLDING CORPORATION | | **Account:** | ***-*****66-19 - Time Deposit Account |
| **Taxpayer ID #:** | **-***1833 | | **Blanket Bond:** | $3,000,000.00 (per case limit) |
| **Period Ending:** | 07/23/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/07/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 113.14 | | 237,399.52 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3800% | 1270-000 | 76.63 | | 237,476.15 |
| 12/09/08 | | To Account #********6665 | Close CD via CD Rollover | 9999-000 | | 237,476.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **242,076.15** | **242,076.15** | **$0.00** |
| | | | Less: Bank Transfers | | 234,925.64 | 242,076.15 | |
| | | | **Subtotal** | | **7,150.51** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,150.51** | **$0.00** | |

{} Asset reference(s)

Printed: 07/23/2010 10:24 AM V.12.08

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 04-03204-ABG | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | STATEWIDE HOLDING CORPORATION, | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA STATEWIDE HOLDING CORPORATION | | Account: | ***-*****66-65 - Money Market Account |
| Taxpayer ID #: | **-***1833 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 07/23/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/09/04 | {12} | ASSOCIATED AGENCIES | RENT | 1122-000 | 1,250.00 | | 1,250.00 |
| 03/24/04 | {14} | Sefarth Shaw | refund of retainer | 1229-000 | 1,000.00 | | 2,250.00 |
| 03/24/04 | {2} | STATE WIDE | BALANCE IN BANK ACCOUNTS | 1129-000 | 3,904.76 | | 6,154.76 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.25 | | 6,155.01 |
| 04/02/04 | {12} | Associated Agencies | Rent | 1122-000 | 1,250.00 | | 7,405.01 |
| 04/19/04 | {5} | ASSOCIATED AGENCIES | CONTRACT BALANCE | 1121-000 | 39,051.05 | | 46,456.06 |
| 04/30/04 | {12} | Office of Special Deputy Receiver | Rent | 1122-000 | 17,151.85 | | 63,607.91 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 2.49 | | 63,610.40 |
| 04/30/04 | 1001 | Lake County Movers | Move and store books and records | 2410-000 | | 250.00 | 63,360.40 |
| 05/03/04 | {5} | Waukegan Insurance Agencies | Close out Bank Account | 1229-000 | 16,975.81 | | 80,336.21 |
| 05/03/04 | {12} | Associated Agencies | Rent | 1122-000 | 1,250.00 | | 81,586.21 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 9.90 | | 81,596.11 |
| 06/04/04 | {12} | ASSOCIATED AGENCIES | RENT | 1122-000 | 1,250.00 | | 82,846.11 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 10.18 | | 82,856.29 |
| 07/09/04 | {13} | UNUMPROVIDENT | DEPOSIT | 1221-000 | 303.30 | | 83,159.59 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 10.58 | | 83,170.17 |
| 08/03/04 | {5} | ASSOCIATED AGENCIES | CONTRACT BALANCE | 1229-000 | 28,432.59 | | 111,602.76 |
| 08/03/04 | {13} | COMED | UTILITY DEPOSIT | 1221-000 | 779.64 | | 112,382.40 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 17.07 | | 112,399.47 |
| 09/03/04 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney fees | 3110-000 | | 16,800.00 | 95,599.47 |
| 09/03/04 | 1003 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney expenses | 3120-000 | | 125.40 | 95,474.07 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 16.25 | | 95,490.32 |
| 10/14/04 | {5} | Associated Agencies | ACCOUNTS RECEIVABLE | 1229-000 | 28,284.44 | | 123,774.76 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 19.41 | | 123,794.17 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 25.44 | | 123,819.61 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 26.29 | | 123,845.90 |
| 01/24/05 | {5} | ASSOCIATED AGENCIES | ACCOUNTS RECEIVABLE | 1229-000 | 29,770.76 | | 153,616.66 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 32.27 | | 153,648.93 |
| 02/17/05 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2004 FOR CASE #04-03204, Annual Bond Premium | 2300-000 | | 231.18 | 153,417.75 |
| 02/28/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 36.62 | | 153,454.37 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 45.62 | | 153,499.99 |
| 04/07/05 | {11} | Bank of Waukegan | Sale of personal property | 1129-000 | 500.00 | | 153,999.99 |
| 04/22/05 | {5} | ASSOCIATED AGENCIES | ACCOUNTS RECEIVABLE | 1229-000 | 26,723.55 | | 180,723.54 |

Subtotals : $198,130.12  $17,406.58

{} Asset reference(s)

Printed: 07/23/2010 10:24 AM  V.12.08

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 04-03204-ABG  
**Case Name:** STATEWIDE HOLDING CORPORATION,  
DBA STATEWIDE HOLDING CORPORATION  
**Taxpayer ID #:** **-***1833  
**Period Ending:** 07/23/10  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****66-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 45.54 | | 180,769.08 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 53.74 | | 180,822.82 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 57.72 | | 180,880.54 |
| 07/22/05 | {5} | ASSOCIATED AGENCIES | ACCOUNTS RECEIVABLE | 1229-000 | 36,727.94 | | 217,608.48 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 64.96 | | 217,673.44 |
| 08/01/05 | 1005 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Fees | 3110-000 | | 14,556.00 | 203,117.44 |
| 08/01/05 | 1006 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Expenses | 3120-000 | | 162.40 | 202,955.04 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 77.95 | | 203,032.99 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 79.84 | | 203,112.83 |
| 10/25/05 | {5} | ASSOCIATED AGENCIES INC. | ACCOUNTS RECEIVABLE | 1229-000 | 31,280.23 | | 234,393.06 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 88.22 | | 234,481.28 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 105.08 | | 234,586.36 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 117.32 | | 234,703.68 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 132.18 | | 234,835.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 126.14 | | 234,962.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 139.73 | | 235,101.73 |
| 04/07/06 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/01/2006 FOR CASE #04-03204, Annual Bond Amount | 2300-000 | | 176.09 | 234,925.64 |
| 04/18/06 | | ACCOUNT FUNDED: ********6619 | | 9999-000 | | 234,925.64 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 81.83 | | 81.83 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 81.89 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 81.94 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.06 | | 82.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 82.06 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.11 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.16 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.21 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.26 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.05 | | 82.31 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.04 | | 82.35 |
| 03/16/07 | | Transfer from TDA | Transfer from TDA | 9999-000 | 600.00 | | 682.35 |
| 03/20/07 | 1008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04-03204 | 2300-000 | | 203.75 | 478.60 |

Subtotals : $69,778.94 $250,023.88

{} Asset reference(s)

# FORM 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 04-03204-ABG  
**Case Name:** STATEWIDE HOLDING CORPORATION,  
DBA STATEWIDE HOLDING CORPORATION  
**Taxpayer ID #:** **-***1833  
**Period Ending:** 07/23/10

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****66-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.19 | | 478.79 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 479.05 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 479.31 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.24 | | 479.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.27 | | 479.82 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 480.08 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.23 | | 480.31 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 480.59 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.25 | | 480.84 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.24 | | 481.08 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.21 | | 481.29 |
| 02/12/08 | 1009 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #04-03204, Bond payment | 2300-000 | | 205.08 | 276.21 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.08 | | 276.29 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.05 | | 276.34 |
| 04/22/08 | | Chase | TRANSFER FROM INVESTMENT | 9999-000 | 4,000.00 | | 4,276.34 |
| 04/25/08 | 1010 | ILENE F. GOLDSTEIN | Trustee Comp | 2100-000 | | 4,020.99 | 255.35 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.14 | | 255.49 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.52 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.55 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.58 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.61 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.64 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.02 | | 255.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.02 | | 255.68 |
| 12/09/08 | | From Account #********6619 | Close CD via CD Rollover | 9999-000 | 237,476.15 | | 237,731.83 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.72 | | 237,741.55 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,751.24 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.05 | | 237,760.29 |
| 03/04/09 | 1011 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #04-03204 | 2300-000 | | 207.72 | 237,552.57 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.34 | | 237,562.91 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,572.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.36 | | 237,581.96 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.33 | | 237,592.29 |

Subtotals :    $241,547.48    $4,433.79

{} Asset reference(s)                                          Printed: 07/23/2010 10:24 AM    V.12.08

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 04-03204-ABG
**Case Name:** STATEWIDE HOLDING CORPORATION,
DBA STATEWIDE HOLDING CORPORATION
**Taxpayer ID #:** **-***1833
**Period Ending:** 07/23/10

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****66-65 - Money Market Account
**Blanket Bond:** $3,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,602.30 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,612.31 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,622.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,631.69 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,641.70 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,651.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.37 | | 237,661.08 |
| 02/19/10 | 1012 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #04-03204 | 2300-000 | | 190.14 | 237,470.94 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.05 | | 237,479.99 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.65 | | 237,490.64 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 6.13 | | 237,496.77 |
| 04/20/10 | | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -237,496.77 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 272,054.39 | 272,054.39 | $0.00 |
| | | | Less: Bank Transfers | | 4,579.38 | 234,925.64 | |
| | | | **Subtotal** | | 267,475.01 | 37,128.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$267,475.01** | **$37,128.75** | |

{} Asset reference(s)

Printed: 07/23/2010 10:24 AM    V.12.08

Exhibit B

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 04-03204-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** STATEWIDE HOLDING CORPORATION, DBA STATEWIDE HOLDING CORPORATION | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******66-65 - Money Market Account |
| **Taxpayer ID #:** **-***1833 | **Blanket Bond:** $3,000,000.00 (per case limit) |
| **Period Ending:** 07/23/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | 237,496.77 | | 237,496.77 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.01 | | 237,501.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 14.12 | | 237,515.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 13.66 | | 237,529.56 |
| | | | **ACCOUNT TOTALS** | | 237,529.56 | 0.00 | $237,529.56 |
| | | | Less: Bank Transfers | | 237,496.77 | 0.00 | |
| | | | **Subtotal** | | 32.79 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$32.79** | **$0.00** | |

```
Net Receipts :        274,658.31
                     _____
Net Estate :         $274,658.31
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****66-19 | 7,150.51 | 0.00 | 0.00 |
| MMA # ***-*****66-65 | 267,475.01 | 37,128.75 | 0.00 |
| MMA # 9200-******66-65 | 32.79 | 0.00 | 237,529.56 |
| | $274,658.31 | $37,128.75 | $237,529.56 |

{} Asset reference(s)    Printed: 07/23/2010 10:24 AM    V.12.08

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 04-03204-ABG
Case Name: STATEWIDE HOLDING CORPORATION,
Trustee Name: ILENE F. GOLDSTEIN

Claims of secured creditors will be paid as follows:

*Claimant*                                                                *Proposed Payment*

                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ILENE F. GOLDSTEIN | $ 12,961.93 | $ |
| *Attorney for trustee* | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 21,129.00 | $ 992.25 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | POPOWCER KATTEN, LTD. | $ 8,420.00 | $ |
| *Special Attorney for trustee* | Gould & Ratner | $ 43,294.00 | $ 5,248.12 |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

*Attorney for debtor* _____  $_____  $_____
*Attorney for*        _____  $_____  $_____
*Accountant for*      _____  $_____  $_____
*Appraiser for*       _____  $_____  $_____
*Other*               _____  $_____  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                          Allowed Amt. of Claim   Proposed Payment*
                           N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,934,325.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Commonwealth Edison | $ 3,464.82 | $ 260.60 |
| 4 | Strieker, Kenneth | $ 29,053.00 | $ 2,185.13 |
| 5 | Schreiber, Chester | $ 15,800.74 | $ 1,188.40 |
| 6 | Baright, Daniel | $ 79,773.05 | $ 5,999.88 |
| 7 | LaBanow, John | $ 16,778.47 | $ 1,261.94 |
| 8 | Thompson, Patricia | $ 16,213.38 | $ 1,219.44 |
| 9 | Thurber, Kristin D | $ 5,292.74 | $ 398.08 |
| 10 | Vukovich, Richmond | $ 27,021.90 | $ 2,032.37 |
| 11 | Thorpe, Carol | $ 11,437.65 | $ 860.25 |
| 12 | Turk, Jim | $ 47,544.48 | $ 3,575.91 |
| 13 | North Shore Sanitary | $ 6.76 | $ 0.51 |
| 14 | DeFilippis, Mary | $ 22,067.93 | $ 1,659.77 |
| 15 | Koath, Carol | $ 9,851.14 | $ 740.92 |

**UST Form 101-7-TFR (9/1/2009)**

| 16 | Moeller, Barbra | $ | 16,291.88 | $ | 1,225.34 |
| --- | --- | --- | --- | --- | --- |
| 17 | Habib, Daryl | $ | 17,235.92 | $ | 1,296.35 |
| 18 | Bank of Waukegan | $ | 299,732.81 | $ | 22,543.47 |
| 21 | Bank of Waukegan | $ | 968,444.02 | $ | 72,838.51 |
| 23 | Brooks, Betty | $ | 14,900.97 | $ | 1,120.73 |
| 24 | York, Mark | $ | 6,013.25 | $ | 452.27 |
| 25 | Hammock, Karen S | $ | 36,387.29 | $ | 2,736.76 |
| 26 | Pietras, Marjorie | $ | 12,698.33 | $ | 955.07 |
| 27 | Martin, Scott D | $ | 45,508.37 | $ | 3,422.77 |
| 28 | Coad, Barbara | $ | 10,500.00 | $ | 789.72 |
| 30 | Ward, Bonne L | $ | 18,000.00 | $ | 1,353.81 |
| 32 | Grinath, Susan | $ | 21,348.62 | $ | 1,605.67 |
| 37 | Barwick, Maureen C | $ | 31,849.87 | $ | 2,395.49 |
| 38 | Schneider, Terry L | $ | 11,073.06 | $ | 832.83 |
| 39 | Paukstys, Rose M | $ | 41,428.30 | $ | 3,115.90 |
| 40 | Albert, Daryl L | $ | 39,445.47 | $ | 2,966.77 |
| 41 | Alice J Swank | $ | 31,801.10 | $ | 2,391.82 |
| 44 | Buehler, Van A | $ | 27,359.82 | $ | 2,057.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                             Allowed Amt. of Claim    Proposed Payment*

N/A

**UST Form 101-7-TFR (9/1/2009)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**