**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| STATEWIDE HOLDING CORPORATION, | ) | |
| DBA STATEWIDE HOLDING CORPORATION | ) | CASE NO. 04-03204 ABG |
| | ) | |
| | ) | JUDGE A. Benjamin Goldgar |
| Debtor(s) | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE A. Benjamin Goldgar
      BANKRUPTCY JUDGE

NOW COMES <u>ILENE F. GOLDSTEIN</u>, Trustee herein, pursuant to 11 U.S.C. §330, and requests $<u>16,982.92</u> as compensation, $<u>4,020.99</u> of which has previously been paid, and $<u>0.00</u> for reimbursement of expenses, $<u>0.00</u> amount of which has previously been paid.  Therefore the Trustee is requesting an additional $12,961.93 and a finding of final statutory compensation in the total amount of $16,982.92..

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $<u>274,658.31</u>.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 4,500.00 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 11,232.92 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 16,982.92 | |
| | 4,020.99 | (interim compensation received) |
| | 12,961.93 | (unpaid interim compensation requested) |

II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $ 0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 23rd day of July, 2010

Dated: July 23, 2010              /s/Ilene F. Goldstein
                                                   ILENE F. GOLDSTEIN, Trustee
                                                   Law Offices
                                                   850 Central Avenue
                                                   Suite 200
                                                   Highland Park, IL  60035

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED Fees | 31,356.00 | 21,129.00 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED Expenses | 287.80 | 992.25 | |
| Gould & Ratner Fees | 0.00 | 43,294.00 | |
| Gould & Ratner Expenses | 0.00 | 5,248.12 | |
| | | | 102,307.17 |
| **Accountant for Trustee** | | | |
| POPOWCER KATTEN, LTD. Fees | 0.00 | 8,420.00 | |
| | | | 8,420.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 31,643.80 | $ 79,083.37 | $ 110,727.17 |