**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | | |
|---|---|---|---|
| In re: | STATEWIDE HOLDING | § | Case No. 04-03204 |
| | CORPORATION, | § | |
| | DBA STATEWIDE HOLDING | § | |
| Debtor(s) | CORPORATION | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held on August 27, 2010 at 1:30 p.m. in Courtroom B, Park City Branch Court, 301 Greenleaf Avenue, Park City, IL 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 07/23/2010          By:    /s/ Ilene F. Goldstein
                                        Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: STATEWIDE HOLDING CORPORATION, | § | Case No. 04-03204 |
| DBA STATEWIDE HOLDING CORPORATION | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 274,658.31 |
| *and approved disbursements of* | $ 37,128.75 |
| *leaving a balance on hand of* [1] | $ 237,529.56 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                                 *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 12,961.93 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 21,129.00 | $ 992.25 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | POPOWCER KATTEN, LTD. | $ 8,420.00 | $ |
| Special Attorney for trustee | Gould & Ratner | $ 43,294.00 | $ 5,248.12 |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* _____ | $_____ | $_____ |
| *Attorney for* _____ | $_____ | $_____ |
| *Accountant for* _____ | $_____ | $_____ |
| *Appraiser for* _____ | $_____ | $_____ |
| *Other* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                                        *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,934,325.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                                        *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 3 | Commonwealth Edison | $ 3,464.82 | $ 260.60 |
| 4 | Strieker, Kenneth | $ 29,053.00 | $ 2,185.13 |
| 5 | Schreiber, Chester | $ 15,800.74 | $ 1,188.40 |
| 6 | Baright, Daniel | $ 79,773.05 | $ 5,999.88 |
| 7 | LaBanow, John | $ 16,778.47 | $ 1,261.94 |
| 8 | Thompson, Patricia | $ 16,213.38 | $ 1,219.44 |
| 9 | Thurber, Kristin D | $ 5,292.74 | $ 398.08 |
| 10 | Vukovich, Richmond | $ 27,021.90 | $ 2,032.37 |
| 11 | Thorpe, Carol | $ 11,437.65 | $ 860.25 |
| 12 | Turk, Jim | $ 47,544.48 | $ 3,575.91 |
| 13 | North Shore Sanitary | $ 6.76 | $ 0.51 |
| 14 | DeFilippis, Mary | $ 22,067.93 | $ 1,659.77 |
| 15 | Koath, Carol | $ 9,851.14 | $ 740.92 |
| 16 | Moeller, Barbra | $ 16,291.88 | $ 1,225.34 |
| 17 | Habib, Daryl | $ 17,235.92 | $ 1,296.35 |
| 18 | Bank of Waukegan | $ 299,732.81 | $ 22,543.47 |
| 21 | Bank of Waukegan | $ 968,444.02 | $ 72,838.51 |
| 23 | Brooks, Betty | $ 14,900.97 | $ 1,120.73 |
| 24 | York, Mark | $ 6,013.25 | $ 452.27 |
| 25 | Hammock, Karen S | $ 36,387.29 | $ 2,736.76 |
| 26 | Pietras, Marjorie | $ 12,698.33 | $ 955.07 |
| 27 | Martin, Scott D | $ 45,508.37 | $ 3,422.77 |
| 28 | Coad, Barbara | $ 10,500.00 | $ 789.72 |
| 30 | Ward, Bonne L | $ 18,000.00 | $ 1,353.81 |
| 32 | Grinath, Susan | $ 21,348.62 | $ 1,605.67 |
| 37 | Barwick, Maureen C | $ 31,849.87 | $ 2,395.49 |
| 38 | Schneider, Terry L | $ 11,073.06 | $ 832.83 |
| 39 | Paukstys, Rose M | $ 41,428.30 | $ 3,115.90 |
| 40 | Albert, Daryl L | $ 39,445.47 | $ 2,966.77 |
| 41 | Alice J Swank | $ 31,801.10 | $ 2,391.82 |
| 44 | Buehler, Van A | $ 27,359.82 | $ 2,057.78 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                            Allowed Amt. of Claim    Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/ILENE F. GOLDSTEIN
                          Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 2                   Date Rcvd: Jul 26, 2010
Case: 04-03204                Form ID: pdf006             Total Noticed: 109

The following entities were noticed by first class mail on Jul 28, 2010.
db         +Statewide Holding Corporation,   329 North Genesee Street,   Waukegan, IL 60085-4205
aty        +Christopher J. Horvay,   Gould & Ratner,   222 N. LaSalle Street,   Suite 800,
             Chicago, IL 60601-1086
aty         David A. Golin,   Arnstein & Lehr LLP,   120 South Riverside Plaza,   Suite 1200,
             Chicago, IL  60606-3910
aty        +Mark E Leipold,   Gould & Ratner,   222 N LaSalle Street,   Chicago, IL 60601-1086
tr         +Ilene F Goldstein, ESQ,   Law Offices of Ilene F. Goldstein,   850 Central Ave,   Ste 200,
             Highland Park, IL 60035-3278
8043158    +Ace Hardware,   239 N Genesee Street,   Waukegan IL 60085-4296
8043159    +Albert, Daryl L,   39369 N Carol Lane,   Beach Park IL 60099-3335
13636880   +Alice J Swank,   1118 N Ash Street,   Waukegan, IL 60085-2908
8043160    +Allison, Chester W,   6224 32nd Avenue,   Kenosha WI 53142-3311
7715568    +American Express,   P.O. Box 360001,   Ft. Lauderdale, FL 33336-0001
8043161    +Anderson, William P,   1114 N Sheridan Road,   Waukegan IL 60085-2056
7715569    +Bank of Waukegan,   1601 North Lewis Ave.,   Waukean IL 60085-1761
7715570    +Baright, Daniel,   10 Shoshoni,   Lake Villa, IL 60046-8730
8043162    +Barwick, Maureen C,   6323 39th Avenue,   Kenosha WI 53142-7051
8043163     Baxmann, Lori Ann,   91 Sutton Court,   Great Lakes IL 60088
7715571    +Brooks, Betty,   3703 W. 9th St.,   Winthrop Harbor, IL 60096-1019
8043164    +Buehler, Van A,   39833 Fairway Drive,   Antioch IL 60002-2337
8043165    +Cartwright, Debra Rene,   2737 Navajo,   Waukegan IL 60087-3641
8043166    +Cartwright, Timothy J,   2737 Navajo,   Waukegan IL 60087-3641
8043167    +Cina, Kelly R,   6816-25th Avenue,   Kenosha WI 53143-4756
8043168    +City of Waukegan,   106 N Martin Luther King Jr Ave,   Waukegan IL 60085-8101
7715572    +Coad, Barbara,   37522 N. Geraghty Ave.,   Waukegan, IL 60087-2441
8043169    +Crawford, Patricia J,   2717 Oakland Avenue,   Waukegan IL 60085-2420
8043170    +Cusimano, E Sue,   42608 Berrong,   Winthrop Harbor IL 60096-1018
7715574    +DeFilippis, Mary,   10450 W. Paddock Ave.,   Waukegan, IL 60087-2415
8043171    +Deininger Michael C,   8539 33rd Avenue,   Kenosha WI 53142-2578
8043172    +Dietrich, Marla L,   P O Box 169,   Liberty IL 62347-0169
8043173    +Fajardo, Maricela,   2740 West Lucia Ave,   Waukegan IL 60085-9200
8043174    +Forsberg, Karen,   4512 Harding Road,   Kenosha WI 53142-3155
8043176     GMAC Payment Processing Center,   P O Box 660314,   Dallas TX 75266
7715575    +GMAC/Knauz Motor Sales,   775 Rockland Road,   Lake Bluff, IL 60044-2208
8043175    +Geronimi, Michael,   P O Box 441,   Iron Mountain MI 49801-0441
8043177    +Goldstein, Eric B,   169 Brighthurst Drive,   Chesterfield MO 63005-1658
7715576    +Grinath, Susan,   115 Annapolis Dr.,   Vernon Hills, IL 60061-2057
7715577    +Habib, Daryl,   4982 Essington Ct.,   Barrington, IL 60010-5525
8043178    +Hammock, Karen S,   616 English Lane,   Winthrop Harbor IL 60096-1024
8043179    +Helgren, Michelle,   P O Box 476,   Slinger WI 53086-0476
8043180    +Hendricks, Jeffrey S,   6847 5th Avenue,   Kenosha WI 53143-5121
8043181    +Hines, Mary,   434 Sommerset Drive,   Grayslake IL 60030-2767
7715580    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
7715578     Iles, Rodger,   1200 Sunset,   Waukegan, IL 60085
7715579     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
8043182    +Jenewein, Wilma J,   6020 35th Avenue,   Kenosa, WI 53142-3323
7715581    +Koath, Carol,   1991 Westview Ln.,   Round Lake, IL 60073-3740
8043183    +Kosterman, Melanie A,   7415 33rd Avenue,   Kenosha WI 53142-4431
8043184    +Kulpit, Edward E,   769 Blackmann Terrace,   Antioch IL 60002-1203
7715582    +LaBanow, John,   1811 Springhill Dr.,   O Fallon, MO 63366-3938
8043185    +Landes, Mark,   110 N Frolic,   Waukegan IL 60085-4522
8043186    +Laplante, Gina M,   37139 N Hillside Drive,   Lake Villa IL 60046-7345
8043187    +Lu, Maggie Shi,   19 Kelsey,   Irvine CA 92618-3966
8043188    +Mankowski, JOy,   6613-9th Ave W,   Bradenton FL 34209-4008
8043189    +Mares-Smith, Rosemarie,   1528 Grove Drive,   Round Lake Beach, IL 60073-1988
8043190    +Martin, Scott D,   7557 North Dreamy Draw Drive,   #257,   Phoenix AZ 85020-7616
8043191    +McKee, Nicola J,   10624 N Aberdeen Road,   Scottsdale AZ 85254-4848
7715583    +Moeller, Barbra,   914 Shields Ave.,   Winthrop Harbor, IL 60096-1579
8043192    +Nielsen, Mark David,   7624-14th Avenue,   Kenosha, WI 53143-1534
7715584    +North Shore Sanitary,   P.O. Box 750,   Gurnee, IL 60031-0750
8043193    +Ondrovic, John R,   1324 West Berridge Lane,   Phoenix, AZ 85013-1427
8043194     Onyx Waste Services Inc,   Waukegan Hauling,   P O Box 67-3064,   Milwaukee WI 53267-3064
8043195    +Paukstys, Rose M,   6986 W Falkirk Ln,   Homosassa FL 34446-6444
8043196    +Paulsen, Christopher E,   7331 43rd Avenue,   Kenosha, WI 53142-4214
8043197    +Pearce, Ruth A,   P O Box 665,   Waukegan IL 60079-0665
8043198    +Pecher, Susan J,   N523 Jennie Lane,   Ogema WI 54459-8989
7715585     Peoples Energy,   P.O. Box 0,   Chicago, IL 60690
7773279    +Peoples Gas Light & Coke Co,   130 E Randolph Dr,   Chicago, IL 60601-6207
8043199    +Perez, Julissa,   2507 North Jackson Street,   Waukegan IL 60087-3132
7715586    +Peterson, Ada,   961 School Ct.,   Round Lake, IL 60073-3268
7715587    +Pietras, Marjorie,   1605 S. Candlestick Way,   Waukegan, IL 60085-8670
7715588    +Recard, Harold,   5125 Nature Trail,   Racine, WI 53403-4428
8043200    +Riedel, Renee A,   1817 104th Street #68,   Pleasant Prairie WI 53158-6216
11133072   +Roger Iles,   c/o Jeralyn H. Baran,   Chuhak & Tecson, P.C.,   30 S. Wacker Drive, Ste. 2600,
             Chicago, IL 60606-7512
7715589    +Sabonjian, Lorene,   Rolling Hills Place,   3521 16th St.,   Zion, IL 60099-1405
8043201    +Schneider, Terry L,   39155 North Pine Grove,   Wasworth IL 60083-8651
7715590    +Schreiber, Chester,   1821 Paddock Ct,   Grayslake IL 60030-9319
8043202    +Siegele, Olive,   1431 Howard Way,   Lawrenceville GA 30043-5905
8043203    +Smith, Jean E,   5602-36th Ave Lower,   Kenosha, WI 53144-6915
```

```
District/off: 0752-1          User: pseamann              Page 2 of 2                   Date Rcvd: Jul 26, 2010
Case: 04-03204                Form ID: pdf006             Total Noticed: 109

 7715591      +Strieker, Kenneth,    1916 Buckington Dr.,    Chesterfield, MO 63017-8006
 8043205      +Swank, Bryan W,    434 Sommerset Drive,    Grayslake IL 60030-2767
 7788255      +Swank, Bryan W, Stuart O & Darryl S,    P O Box 693,    Waukegan IL 60079-0693
 8043206      +Swank, Darryl S,    6120 Oakmont,    Gurnee IL 60031-5352
 8043207      +Swank, Jay S,    38777 Northwestern Avenue,    Wadsworth IL 60083-8601
 8043208      +Swank, Jr., Ralph W,    1958 Trevino Terrace,    Vernon Hills IL 60061-4537
 8043209      +Swank, Marianne L,    39833 Fairway Drive,    Antioch IL 60002-2337
 8043210      +Swank, Rodrick D,    1118 Ash Street,    Waukegan IL 60085-2908
 8043211      +Swank, Stuart,    225 Gillett,    Waukegan IL 60085-2013
 8043212      +Swank, Stuart O,    225 Gillett,    Waukegan, IL 60085-2013
 8043213      +Swank, Wayne L,    1014 Keith Avenue,    Waukegan IL 60085-1740
 8043214      +Swarat, Roger J,    1378 North Pinehurst Drive,    Vernon Hills IL 60061-1229
 8043215      +Thomas, Cheryl Lynn,    470 Glendenning Place,    Waukegan IL 60087-5138
 7715592      +Thompson, Patricia,    1518 75th St.,    Kenosha, WI 53143-1524
 7715593      +Thorpe, Carol,    4970 Grand Lakes Dr S,    Jacksonville, FL 32258-4214
 7715594      +Thurber, Kristin D,    P.O. Box 279,    Arizona City, AZ 85123-2819
 8043216      +Tittle, Cheryl L,    665 Dunham Road,    Gurnee IL 60031-3844
 7715595      +Trustco FBO 0141,    c/o Bank of Waukegan,    1601 N. Lewis Ave.,    Waukegan, IL 60085-1761
 7715596      +Trustco FBO Ralph W. Swank,    329 N. Genesee,    Waukegan, IL 60085-4205
 8043217      +Trustco FBO Trust #0141,    c/o Bank of Waukegan,    1601 N Lewis Avenue,    Waukegan Il 60085-1761
 7715597      +Turk, Jim,    2301 N Bonnie Brook Ln,    Waukegan, IL 60087-2848
 8297483      +US Dept of Labor/Statewide Holding Corp,    c/o Ruben R Chapa,    230 S Dearborn St,    Ste 844,
                Chicago IL 60604-1779
 8043218      +Vandyke, Kariann,    5017 21st Avenue,    Kenosha WI 53140-5914
 8043219      +Vela, Maria Guadalupe,    1638 Partridge Street,    Waukegan IL 60087-2913
 8043220      +Vogen, David A,    25376 293rd Avenue,    Holcombe, WI 54745-8403
 7715598      +Vukovich, Richmond,    1703 Hyde Park,    Waukegan, IL 60085-3539
 8043221      +Ward, Bonne L,    2301 Ravine,    Zion IL 60099-1640
 8043222      +Woodard, Deborah,    3413 Harbor Ridge Drive,    Zion IL 60099-4722
 8043223      +Wright, Edward L,    9042 Lakeshore Drive,    Pleasant Prairie WI 53158-4813
 7715599      +York, Mark,    9032 W Elm CT Unit D,    Franklin WI 53132-7827
 8043224      +Zamudio, Veronica,    44 Worack Place,    Waukegan IL 60085-5333
 8043225      +Zuniga, Alejandra Ramirez,    834 Lincoln Ave,    Waukegan IL 60085-7320
The following entities were noticed by electronic transmission on Jul 26, 2010.
 7715573      +E-mail/Text: legalcollections@comed.com                            Commonwealth Edison,
                2100 Swift Drive,    Attn: Bankruptcy Section/Revenue Mgmt,    Oakbrook IL 60523-1559
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11122790       Roger Iles
aty*          +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
                Highland Park, IL 60035-3278
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2010**          **Signature:** _/s/ Joseph Speetjens_