## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: STATEWIDE HOLDING CORPORATION, | § | Case No. 04-03204 |
| DBA STATEWIDE HOLDING CORPORATION | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00
*(without deducting any secured claims)*

Assets Exempt: $0.00

Total Distribution to Claimants: $148,010.22

Claims Discharged
Without Payment: $1,792,052.62

Total Expenses of Administration: $129,174.05

3) Total gross receipts of $ 274,684.27 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $274,684.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,048,171.23 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 129,174.05 | 129,174.05 | 129,174.05 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 31,849.87 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,322,390.28 | 1,940,062.84 | 148,010.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $3,531,585.43 | $2,069,236.89 | $277,184.27 |

4)  This case was originally filed under Chapter 7 on January 28, 2004.
The case was pending for 88 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to
the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the
assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for
each estate bank account, showing the final accounting of the receipts and disbursements of
estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Dated: 06/14/2011            By:  /s/ILENE F. GOLDSTEIN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTSBANK OF WAUKEGAN | 1129-000 | 3,904.76 |
| WAUKEGAN INSURANCE AGENCY 100% STOCK | 1121-000 | 237,246.37 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 500.00 |
| Rent on Office Building | 1122-000 | 22,151.85 |
| REFUNDS OF UTILITIES AND INSURANCE | 1221-000 | 1,082.94 |
| Retainer to Law Firm | 1229-000 | 1,000.00 |
| Interest Income | 1270-000 | 8,798.35 |
| **TOTAL GROSS RECEIPTS** | | $274,684.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | Bank of Waukegan | 4110-000 | N/A | 1,041,568.62 | 0.00 | 0.00 |
| 34 | Peterson, Ada | 4110-000 | N/A | 6,602.61 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,048,171.23 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 16,982.92 | 16,982.92 | 16,982.92 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 52,485.00 | 52,485.00 | 52,485.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 1,280.05 | 1,280.05 | 1,280.05 |
| Gould & Ratner | 3210-600 | N/A | 43,294.00 | 43,294.00 | 43,294.00 |
| Gould & Ratner | 3220-610 | N/A | 5,248.12 | 5,248.12 | 5,248.12 |
| POPOWCER  KATTEN, LTD. | 3410-000 | N/A | 8,420.00 | 8,420.00 | 8,420.00 |
| Lake County Movers | 2410-000 | N/A | 250.00 | 250.00 | 250.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 231.18 | 231.18 | 231.18 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 176.09 | 176.09 | 176.09 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 203.75 | 203.75 | 203.75 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 205.08 | 205.08 | 205.08 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 207.72 | 207.72 | 207.72 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 190.14 | 190.14 | 190.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 129,174.05 | 129,174.05 | 129,174.05 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 33 | Barwick, Maureen C | 5800-000 | N/A | 31,849.87 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 31,849.87 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co | 7100-000 | N/A | 1,783.30 | 0.00 | 0.00 |
| 2 | Swank, Bryan W, Stuart O & Darryl S | 7100-000 | N/A | 46,666.65 | 0.00 | 0.00 |
| 3 | Commonwealth Edison | 7100-000 | N/A | 3,464.82 | 3,464.82 | 265.12 |
| 4 | Strieker, Kenneth | 7100-000 | N/A | 29,053.00 | 29,053.00 | 2,223.07 |
| 5 | Schreiber, Chester | 7100-000 | N/A | 15,800.74 | 15,800.74 | 1,209.04 |
| 6 | Baright, Daniel | 7100-000 | N/A | 79,773.05 | 79,773.05 | 6,104.05 |
| 7 | LaBanow, John | 7100-000 | N/A | 16,778.47 | 16,778.47 | 0.00 |
| 8 | Thompson, Patricia | 7100-000 | N/A | 16,213.38 | 16,213.38 | 1,240.61 |
| 9 | Thurber, Kristin D | 7100-000 | N/A | 5,292.74 | 5,292.74 | 404.99 |
| 10 | Vukovich, Richmond | 7100-000 | N/A | 27,021.90 | 27,021.90 | 2,067.65 |
| 11 | Thorpe, Carol | 7100-000 | N/A | 11,437.65 | 11,437.65 | 875.18 |
| 12 | Turk, Jim | 7100-000 | N/A | 47,544.48 | 47,544.48 | 3,638.00 |
| 13 | North Shore Sanitary | 7100-000 | N/A | 6.76 | 6.76 | 0.52 |
| 14 | DeFilippis, Mary | 7100-000 | N/A | 22,067.93 | 22,067.93 | 1,688.59 |
| 15 | Koath, Carol | 7100-000 | N/A | 9,851.14 | 9,851.14 | 753.79 |
| 16 | Moeller, Barbra | 7100-000 | N/A | 16,291.88 | 16,291.88 | 1,246.62 |
| 17 | Habib, Daryl | 7100-000 | N/A | 17,235.92 | 17,235.92 | 1,318.85 |
| 18 | Norstates Bank f/k/a Bank of Waukegan | 7100-000 | N/A | 299,732.81 | 299,732.81 | 22,934.88 |
| 19 | US Dept of Labor/Statewide Holding Corp | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 20 | US Dept of Labor/Statewide Holding Corp | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 21 | Norstates Bank a/k/a Bank of Waukegan | 7100-000 | N/A | 984,025.10 | 968,444.02 | 74,103.16 |
| 23 | Brooks, Betty | 7100-000 | N/A | 14,900.97 | 14,900.97 | 1,140.19 |
| 24 | York, Mark | 7100-000 | N/A | 6,013.25 | 6,013.25 | 460.12 |
| 25 | Hammock, Karen S | 7100-000 | N/A | 36,387.29 | 36,387.29 | 2,784.27 |
| 26 | Pietras, Marjorie | 7100-000 | N/A | N/A | 12,698.33 | 0.00 |
| 27 | Martin, Scott D | 7100-000 | N/A | N/A | 45,508.37 | 0.00 |
| 28 | Coad, Barbara | 7100-000 | N/A | 10,500.00 | 10,500.00 | 803.44 |
| 29 | Swank, Bryan W, Stuart O & Darryl S | 7100-000 | N/A | 9,441.44 | 0.00 | 0.00 |
| 30 | Ward, Bonne L | 7100-000 | N/A | 18,000.00 | 18,000.00 | 1,377.32 |
| 31 | Riedel, Renee A | 7100-000 | N/A | 12,895.00 | 0.00 | 0.00 |
| 32 | Grinath, Susan | 7100-000 | N/A | 21,348.62 | 21,348.62 | 1,633.55 |

| 35 | Roger Iles | 7100-000 | N/A | $16,500.00 | 0.00 | 0.00 |
|----|------------|----------|-----|-----------|------|------|
| 36 | Geronimi, Michael | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 37 | Barwick, Maureen C | 7100-000 | N/A | 31,849.87 | 31,849.87 | 2,437.08 |
| 38 | Schneider, Terry L | 7100-000 | N/A | 11,073.06 | 11,073.06 | 847.29 |
| 39 | Paukstys, Rose M | 7100-000 | N/A | 41,428.30 | 41,428.30 | 3,170.00 |
| 40 | Albert, Daryl L | 7100-000 | N/A | 39,445.47 | 39,445.47 | 3,018.28 |
| 41 | Alice J Swank | 7100-000 | N/A | 31,801.10 | 31,801.10 | 2,433.35 |
| 42 | Swank, Rodrick D | 7100-000 | N/A | 15,555.55 | 0.00 | 0.00 |
| 43 | Swank, Marianne L | 7100-000 | N/A | 15,555.56 | 0.00 | 0.00 |
| 44 | Buehler, Van A | 7100-000 | N/A | 27,359.82 | 27,359.82 | 2,093.51 |
| 45 | Pecher, Susan J | 7100-000 | N/A | 15,555.56 | 0.00 | 0.00 |
| 46 | Anderson, William P | 7100-000 | N/A | 150,000.00 | 0.00 | 0.00 |
|    | Clerk of the Court | 7100-000 | N/A | 5,737.70 | 5,737.70 | 5,737.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 2,322,390.28 | 1,940,062.84 | 148,010.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 04-03204 | Trustee:        (330290)   ILENE F. GOLDSTEIN |
| Case Name:  STATEWIDE HOLDING CORPORATION, | Filed (f) or Converted (c): 01/28/04 (f) |
| DBA STATEWIDE HOLDING CORPORATION | §341(a) Meeting Date:  03/18/04 |
| Period Ending: 06/14/11 | Claims Bar Date:  07/19/04 |

| | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | OFFICE BUILDING | 1,250,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTSBANK OF WAUKEGAN | 3,904.76 | 3,904.76 | | 3,904.76 | FA |
| 3 | INTERESTS IN INSURANCE POLICIES | Unknown | Unknown | DA | 0.00 | FA |
| 4 | STATEWIDE INSURANCE COMPANY 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 5 | WAUKEGAN INSURANCE AGENCY 100% STOCK (u) | Unknown | 150,000.00 | | 237,246.37 | FA |
| 6 | STATEWIDE RISK MANAGEMENT & AJUSTMENT CORP. 100% | Unknown | Unknown | DA | 0.00 | FA |
| 7 | STATEWIDE TRAVEL AGENCY, INC. 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 8 | STATEWIDE FINANCE CO. 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 9 | SWANK EXCESS BROKERS INC. 100% STOCK | Unknown | Unknown | DA | 0.00 | FA |
| 10 | PRONISSORY NOTE | 6,207.04 | 6,207.04 | | 0.00 | FA |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 10,000.00 | 10,000.00 | | 500.00 | FA |
| 12 | Rent on Office Building | Unknown | 0.00 | | 22,151.85 | FA |
| 13 | REFUNDS OF UTILITIES AND INSURANCE  (u) | 2,000.00 | 2,000.00 | | 1,082.94 | FA |
| 14 | Retainer to Law Firm  (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 8,798.35 | FA |
| 15 | Assets       Totals (Excluding unknown values) | $1,273,111.80 | $173,111.80 | | $274,684.27 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS:  THE TRUSTEE FILED HER FINAL REPORT ON JULY 23, 2010.  THE FINAL HEARING ON COMPENSATION OCCURRED ON AUGUST 27, 2010.  THE TRUSTEE DISBURSED FUNDS AND HAD A SECOND DISTRIBUTION BASED ON FUNDS THAT CAME IN LATER.  THE PERIOD TO CASH CHECKS EXPIRES ON FEBRUARY 1, 2011.  THE TRUSTEE ANTICIPATES HAVING TO DEPOSIT UNCLAIMED FUNDS AND THEN FILING A FINAL ACCOUNT.

Initial Projected Date Of Final Report (TFR):        December 31, 2009        Current Projected Date Of Final Report (TFR):        July 23, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-03204 |
| Case Name: | STATEWIDE HOLDING CORPORATION, |
| | DBA STATEWIDE HOLDING CORPORATION |
| Taxpayer ID #: | **-***1833 |
| Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****66-19 - Time Deposit Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Time Deposit Account Balance |
| 04/18/06 | | FUNDING ACCOUNT: ********6665 | | 9999-000 | 234,925.64 | | 234,925.64 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3500% | 1270-000 | 112.98 | | 235,038.62 |
| 05/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 147.83 | | 235,186.45 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 113.43 | | 235,299.88 |
| 06/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2500% | 1270-000 | 145.09 | | 235,444.97 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 106.65 | | 235,551.62 |
| 07/19/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 151.06 | | 235,702.68 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 115.16 | | 235,817.84 |
| 08/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 142.82 | | 235,960.66 |
| 09/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 294.09 | | 236,254.75 |
| 10/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 272.00 | | 236,526.75 |
| 11/17/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 272.32 | | 236,799.07 |
| 12/18/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 272.64 | | 237,071.71 |
| 01/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 276.71 | | 237,348.42 |
| 02/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 258.17 | | 237,606.59 |
| 03/16/07 | | Transfer to MMA | Transfer to MMA | 9999-000 | | 600.00 | 237,006.59 |
| 03/19/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 258.44 | | 237,265.03 |
| 04/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 262.48 | | 237,527.51 |
| 05/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 262.78 | | 237,790.29 |
| 06/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 263.08 | | 238,053.37 |
| 07/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 267.81 | | 238,321.18 |
| 08/14/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 268.11 | | 238,589.29 |
| 09/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 268.41 | | 238,857.70 |
| 10/15/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 273.17 | | 239,130.87 |
| 11/13/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 266.92 | | 239,397.79 |
| 12/12/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 267.22 | | 239,665.01 |
| 01/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 236.17 | | 239,901.18 |
| 02/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 243.63 | | 240,144.81 |
| 03/11/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1800% | 1270-000 | 224.53 | | 240,369.34 |
| 04/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 192.69 | | 240,562.03 |
| 04/22/08 | | Chase | TRANSFER FROM INVESTMENT | 9999-000 | | 4,000.00 | 236,562.03 |
| 05/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 146.86 | | 236,708.89 |
| 06/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 117.28 | | 236,826.17 |
| 07/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 117.34 | | 236,943.51 |
| 08/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 112.98 | | 237,056.49 |
| 09/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 116.80 | | 237,173.29 |
| 10/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 113.09 | | 237,286.38 |
| 11/07/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5800% | 1270-000 | 113.14 | | 237,399.52 |
| 12/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3800% | 1270-000 | 76.63 | | 237,476.15 |

| | | | Subtotals : | | $242,076.15 | $4,600.00 | |

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 04-03204 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | STATEWIDE HOLDING CORPORATION, | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA STATEWIDE HOLDING CORPORATION | | Account: | ***-*****66-19 - Time Deposit Account |
| Taxpayer ID #: | **-***1833 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/09/08 | | To Account #*******6665 | Close CD via CD Rollover | 9999-000 | | 237,476.15 | 0.00 |

|  |  | Receipts | Disbursements | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 242,076.15 | 242,076.15 | $0.00 |
| | Less: Bank Transfers | 234,925.64 | 242,076.15 | |
| | Subtotal | 7,150.51 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $7,150.51 | $0.00 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-03204 |
| Case Name: | STATEWIDE HOLDING CORPORATION, |
| | DBA STATEWIDE HOLDING CORPORATION |
| Taxpayer ID #: | **-***1833 |
| Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****66-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/04 | {12} | ASSOCIATED AGENCIES | RENT | 1122-000 | 1,250.00 | | 1,250.00 |
| 03/24/04 | {14} | Sefarth Shaw | refund of retainer | 1229-000 | 1,000.00 | | 2,250.00 |
| 03/24/04 | {2} | STATE WIDE | BALANCE IN BANK ACCOUNTS | 1129-000 | 3,904.76 | | 6,154.76 |
| 03/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 0.25 | | 6,155.01 |
| 04/02/04 | {12} | Associated Agencies | Rent | 1122-000 | 1,250.00 | | 7,405.01 |
| 04/19/04 | {5} | ASSOCIATED AGENCIES | CONTRACT BALANCE | 1121-000 | 39,051.05 | | 46,456.06 |
| 04/30/04 | {12} | Office of Special Deputy Receiver | Rent | 1122-000 | 17,151.85 | | 63,607.91 |
| 04/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 2.49 | | 63,610.40 |
| 04/30/04 | 1001 | Lake County Movers | Move and store books and records | 2410-000 | | 250.00 | 63,360.40 |
| 05/03/04 | {5} | Waukegan Insurance Agencies | Close out Bank Account | 1229-000 | 16,975.81 | | 80,336.21 |
| 05/03/04 | {12} | Associated Agencies | Rent | 1122-000 | 1,250.00 | | 81,586.21 |
| 05/28/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 9.90 | | 81,596.11 |
| 06/04/04 | {12} | ASSOCIATED AGENCIES | RENT | 1122-000 | 1,250.00 | | 82,846.11 |
| 06/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 10.18 | | 82,856.29 |
| 07/09/04 | {13} | UNUMPROVIDENT | DEPOSIT | 1221-000 | 303.30 | | 83,159.59 |
| 07/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.1500% | 1270-000 | 10.58 | | 83,170.17 |
| 08/03/04 | {5} | ASSOCIATED AGENCIES | CONTRACT BALANCE | 1229-000 | 28,432.59 | | 111,602.76 |
| 08/03/04 | {13} | COMED | UTILITY DEPOSIT | 1221-000 | 779.64 | | 112,382.40 |
| 08/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 17.07 | | 112,399.47 |
| 09/03/04 | 1002 | LAW OFFICES OF ILENE F.<br>GOLDSTEIN, CHARTERED | Attorney fees | 3110-000 | | 16,800.00 | 95,599.47 |
| 09/03/04 | 1003 | LAW OFFICES OF ILENE F.<br>GOLDSTEIN, CHARTERED | Attorney expenses | 3120-000 | | 125.40 | 95,474.07 |
| 09/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2000% | 1270-000 | 16.25 | | 95,490.32 |
| 10/14/04 | {5} | Associated Agencies | ACCOUNTS RECEIVABLE | 1229-000 | 28,284.44 | | 123,774.76 |
| 10/29/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 19.41 | | 123,794.17 |
| 11/30/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 25.44 | | 123,819.61 |
| 12/31/04 | Int | JPMORGAN CHASE BANK | Interest posting at 0.2500% | 1270-000 | 26.29 | | 123,845.90 |
| 01/24/05 | {5} | ASSOCIATED AGENCIES | ACCOUNTS RECEIVABLE | 1229-000 | 29,770.76 | | 153,616.66 |
| 01/31/05 | Int | JPMORGAN CHASE BANK | Interest posting at 0.3000% | 1270-000 | 32.27 | | 153,648.93 |
| 02/17/05 | 1004 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2004 FOR CASE<br>#04-03204, Annual Bond Premium | 2300-000 | | 231.18 | 153,417.75 |
| 02/28/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 36.62 | | 153,454.37 |
| 03/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 45.62 | | 153,499.99 |
| 04/07/05 | {11} | Bank of Waukegan | Sale of personal property | 1129-000 | 500.00 | | 153,999.99 |
| 04/22/05 | {5} | ASSOCIATED AGENCIES | ACCOUNTS RECEIVABLE | 1229-000 | 26,723.55 | | 180,723.54 |
| 04/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 45.54 | | 180,769.08 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 53.74 | | 180,822.82 |

Subtotals :          $198,229.40          $17,406.58

{} Asset reference(s)

Printed: 06/14/2011 12:36 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-03204 |
| Case Name: | STATEWIDE HOLDING CORPORATION, |
| | DBA STATEWIDE HOLDING CORPORATION |
| Taxpayer ID #: | **-***1833 |
| Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****66-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 57.72 | | 180,880.54 |
| 07/22/05 | {5} | ASSOCIATED AGENCIES | ACCOUNTS RECEIVABLE | 1229-000 | 36,727.94 | | 217,608.48 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 64.96 | | 217,673.44 |
| 08/01/05 | 1005 | LAW OFFICES OF ILENE F.<br>GOLDSTEIN, CHARTERED | Fees | 3110-000 | | 14,556.00 | 203,117.44 |
| 08/01/05 | 1006 | LAW OFFICES OF ILENE F.<br>GOLDSTEIN, CHARTERED | Expenses | 3120-000 | | 162.40 | 202,955.04 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 77.95 | | 203,032.99 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 79.84 | | 203,112.83 |
| 10/25/05 | {5} | ASSOCIATED AGENCIES INC. | ACCOUNTS RECEIVABLE | 1229-000 | 31,280.23 | | 234,393.06 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 88.22 | | 234,481.28 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 105.08 | | 234,586.36 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 117.32 | | 234,703.68 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 132.18 | | 234,835.86 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 126.14 | | 234,962.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 139.73 | | 235,101.73 |
| 04/07/06 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 02/01/2006 FOR CASE<br>#04-03204, Annual Bond Amount | 2300-000 | | 176.09 | 234,925.64 |
| 04/18/06 | | ACCOUNT FUNDED: *********6619 | | 9999-000 | | 234,925.64 | 0.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 81.83 | | 81.83 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 81.89 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 81.94 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 0.06 | | 82.00 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.06 | | 82.06 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.11 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.16 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.21 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.05 | | 82.26 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.05 | | 82.31 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.04 | | 82.35 |
| 03/16/07 | | Transfer from TDA | Transfer from TDA | 9999-000 | 600.00 | | 682.35 |
| 03/20/07 | 1008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2006 FOR CASE<br>#04-03204 | 2300-000 | | 203.75 | 478.60 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.19 | | 478.79 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 479.05 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 479.31 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.24 | | 479.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.27 | | 479.82 |
| | | | Subtotals : | | $69,680.88 | $250,023.88 | |

{} Asset reference(s)

Printed: 06/14/2011 12:36 PM    V.12.56

Exhibit 9

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-03204 |
| Case Name: | STATEWIDE HOLDING CORPORATION, |
| | DBA STATEWIDE HOLDING CORPORATION |
| Taxpayer ID #: | **-***1833 |
| Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****66-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.26 | | 480.08 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.23 | | 480.31 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.28 | | 480.59 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.25 | | 480.84 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.24 | | 481.08 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.21 | | 481.29 |
| 02/12/08 | 1009 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK<br>BALANCE AS OF 12/31/2007 FOR CASE<br>#04-03204, Bond payment | 2300-000 | | 205.08 | 276.21 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.08 | | 276.29 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.05 | | 276.34 |
| 04/22/08 | | Chase | TRANSFER FROM INVESTMENT | 9999-000 | 4,000.00 | | 4,276.34 |
| 04/25/08 | 1010 | ILENE F. GOLDSTEIN | Trustee Comp | 2100-000 | | 4,020.99 | 255.35 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.14 | | 255.49 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.52 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.55 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.58 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.61 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.03 | | 255.64 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.02 | | 255.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.02 | | 255.68 |
| 12/09/08 | | From Account #*******6619 | Close CD via CD Rollover | 9999-000 | 237,476.15 | | 237,731.83 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.72 | | 237,741.55 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,751.24 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.05 | | 237,760.29 |
| 03/04/09 | 1011 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 03/04/2009 FOR CASE<br>#04-03204 | 2300-000 | | 207.72 | 237,552.57 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.34 | | 237,562.91 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,572.60 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.36 | | 237,581.96 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.33 | | 237,592.29 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,602.30 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,612.31 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,622.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.69 | | 237,631.69 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,641.70 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.01 | | 237,651.71 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.37 | | 237,661.08 |

| | | | Subtotals : | | $241,615.05 | $4,433.79 | |

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

| Case Number: | 04-03204 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | STATEWIDE HOLDING CORPORATION, | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | DBA STATEWIDE HOLDING CORPORATION | | Account: | ***-*****66-65 - Money Market Account |
| Taxpayer ID #: | **-***1833 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/10 | 1012 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #04-03204 | 2300-000 | | 190.14 | 237,470.94 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.05 | | 237,479.99 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.65 | | 237,490.64 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 6.13 | | 237,496.77 |
| 04/20/10 | | Wire out to BNYM account 9200******6665 | Wire out to BNYM account 9200******6665 | 9999-000 | -237,496.77 | | 0.00 |

|  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 272,054.39 | 272,054.39 | $0.00 |
| Less: Bank Transfers | 4,579.38 | 234,925.64 | |
| Subtotal | 267,475.01 | 37,128.75 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $267,475.01 | $37,128.75 | |

{} Asset reference(s)

Printed: 06/14/2011 12:36 PM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-03204 | | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | STATEWIDE HOLDING CORPORATION, | | | Bank Name: | The Bank of New York Mellon |
| | DBA STATEWIDE HOLDING CORPORATION | | | Account: | 9200-*****66-65 - Money Market Account |
| Taxpayer ID #: | **-***1833 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/14/11 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | Wire in from JPMorgan Chase Bank, N.A. account ********6665 | 9999-000 | 237,496.77 | | 237,496.77 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 5.01 | | 237,501.78 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 14.12 | | 237,515.90 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 13.66 | | 237,529.56 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 14.12 | | 237,543.68 |
| 08/27/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 11.84 | | 237,555.52 |
| 08/27/10 | | To Account #9200*****6666 | TRANSFER TO CHECKING | 9999-000 | | 237,555.52 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | 237,555.52 | 237,555.52 | $0.00 |
| Less: Bank Transfers | 237,496.77 | 237,555.52 | |
| Subtotal | 58.75 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $58.75 | $0.00 | |

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| Case Number: | 04-03204 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | STATEWIDE HOLDING CORPORATION, | | Bank Name: | The Bank of New York Mellon |
| | DBA STATEWIDE HOLDING CORPORATION | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1833 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/27/10 | | From Account #9200******6665 | TRANSFER TO CHECKING | 9999-000 | 237,555.52 | | 237,555.52 |
| 08/31/10 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $16,982.92, Trustee Compensation;  Reference: | 2100-000 | | 12,961.93 | 224,593.59 |
| 08/31/10 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $52,485.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 21,129.00 | 203,464.59 |
| 08/31/10 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $1,280.05, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 992.25 | 202,472.34 |
| 08/31/10 | 104 | Gould & Ratner | Dividend paid 100.00% on $43,294.00, Special Counsel for Trustee Fees;  Reference: | 3210-600 | | 43,294.00 | 159,178.34 |
| 08/31/10 | 105 | Gould & Ratner | Dividend paid 100.00% on $5,248.12, Special Counsel for Trustee Expenses;  Reference: | 3220-610 | | 5,248.12 | 153,930.22 |
| 08/31/10 | 106 | POPOWCER  KATTEN, LTD. | Dividend paid 100.00% on $8,420.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,420.00 | 145,510.22 |
| 08/31/10 | 107 | Commonwealth Edison | Dividend paid   7.52% on $3,464.82; Claim# 3; Filed: $3,464.82; Reference: | 7100-000 | | 260.64 | 145,249.58 |
| 08/31/10 | 108 | Strieker, Kenneth | Dividend paid   7.52% on $29,053.00; Claim# 4; Filed: $29,053.00; Reference: | 7100-000 | | 2,185.52 | 143,064.06 |
| 08/31/10 | 109 | Schreiber, Chester | Dividend paid   7.52% on $15,800.74; Claim# 5; Filed: $15,800.74; Reference: | 7100-000 | | 1,188.62 | 141,875.44 |
| 08/31/10 | 110 | Baright, Daniel | Dividend paid   7.52% on $79,773.05; Claim# 6; Filed: $79,773.05; Reference: | 7100-000 | | 6,000.95 | 135,874.49 |
| 08/31/10 | 111 | LaBanow, John | Dividend paid   7.52% on $16,778.47; Claim# 7; Filed: $16,778.47; Reference: Stopped on 01/18/11 | 7100-000 | | 1,262.17 | 134,612.32 |
| 08/31/10 | 112 | Thompson, Patricia | Dividend paid   7.52% on $16,213.38; Claim# 8; Filed: $16,213.38; Reference: | 7100-000 | | 1,219.66 | 133,392.66 |
| 08/31/10 | 113 | Thurber, Kristin D | Dividend paid   7.52% on $5,292.74; Claim# 9; Filed: $5,292.74; Reference: | 7100-000 | | 398.15 | 132,994.51 |
| 08/31/10 | 114 | Vukovich, Richmond | Dividend paid   7.52% on $27,021.90; Claim# 10; Filed: $27,021.90; Reference: | 7100-000 | | 2,032.73 | 130,961.78 |
| 08/31/10 | 115 | Thorpe, Carol | Dividend paid   7.52% on $11,437.65; Claim# 11; Filed: $11,437.65; Reference: | 7100-000 | | 860.40 | 130,101.38 |
| 08/31/10 | 116 | Turk, Jim | Dividend paid   7.52% on $47,544.48; Claim# 12; Filed: $47,544.48; Reference: | 7100-000 | | 3,576.55 | 126,524.83 |
| 08/31/10 | 117 | DeFilippis, Mary | Dividend paid   7.52% on $22,067.93; Claim# 14; Filed: $22,067.93; Reference: | 7100-000 | | 1,660.07 | 124,864.76 |
| 08/31/10 | 118 | Koath, Carol | Dividend paid   7.52% on $9,851.14; Claim# 15; Filed: $9,851.14; Reference: | 7100-000 | | 741.05 | 124,123.71 |

Subtotals :    $237,555.52    $113,431.81

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| Case Number: | 04-03204 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | STATEWIDE HOLDING CORPORATION, | | Bank Name: | The Bank of New York Mellon |
| | DBA STATEWIDE HOLDING CORPORATION | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1833 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/14/11 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br><br>Paid To / Received From | 4<br><br><br>Description of Transaction | <br><br><br>T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/10 | 119 | Moeller, Barbra | Dividend paid   7.52% on $16,291.88; Claim#<br>16: Filed: $16,291.88; Reference: | 7100-000 | | 1,225.56 | 122,898.15 |
| 08/31/10 | 120 | Habib, Daryl | Dividend paid   7.52% on $17,235.92; Claim#<br>17: Filed: $17,235.92; Reference: | 7100-000 | | 1,296.58 | 121,601.57 |
| 08/31/10 | 121 | Norstates Bank f/k/a Bank of<br>Waukegan | Dividend paid   7.52% on $299,732.81; Claim#<br>18: Filed: $299,732.81; Reference: | 7100-000 | | 22,547.49 | 99,054.08 |
| 08/31/10 | 122 | Norstates Bank a/k/a Bank of<br>Waukegan | Dividend paid   7.52% on $968,444.02; Claim#<br>21: Filed: $984,025.10; Reference: | 7100-000 | | 72,851.49 | 26,202.59 |
| 08/31/10 | 123 | Brooks, Betty | Dividend paid   7.52% on $14,900.97; Claim#<br>23: Filed: $14,900.97; Reference: | 7100-000 | | 1,120.93 | 25,081.66 |
| 08/31/10 | 124 | York, Mark | Dividend paid   7.52% on $6,013.25; Claim# 24:<br>Filed: $6,013.25; Reference: | 7100-000 | | 452.35 | 24,629.31 |
| 08/31/10 | 125 | Hammock, Karen S | Dividend paid   7.52% on $36,387.29; Claim#<br>25: Filed: $36,387.29; Reference: | 7100-000 | | 2,737.24 | 21,892.07 |
| 08/31/10 | 126 | Pietras, Marjorie | Dividend paid   7.52% on $12,698.33; Claim#<br>26: Filed: $0.00; Reference:<br>Stopped on 01/18/11 | 7100-000 | | 955.24 | 20,936.83 |
| 08/31/10 | 127 | Martin, Scott D | Dividend paid   7.52% on $45,508.37; Claim#<br>27: Filed: $0.00; Reference:<br>Stopped on 01/18/11 | 7100-000 | | 3,423.38 | 17,513.45 |
| 08/31/10 | 128 | Coad, Barbara | Dividend paid   7.52% on $10,500.00; Claim#<br>28: Filed: $10,500.00; Reference: | 7100-000 | | 789.87 | 16,723.58 |
| 08/31/10 | 129 | Ward, Bonne L | Dividend paid   7.52% on $18,000.00; Claim#<br>30: Filed: $18,000.00; Reference: | 7100-000 | | 1,354.06 | 15,369.52 |
| 08/31/10 | 130 | Grinath, Susan | Dividend paid   7.52% on $21,348.62; Claim#<br>32: Filed: $21,348.62; Reference: | 7100-000 | | 1,605.96 | 13,763.56 |
| 08/31/10 | 131 | Barwick, Maureen C | Dividend paid   7.52% on $31,849.87; Claim#<br>37: Filed: $31,849.87; Reference: | 7100-000 | | 2,395.92 | 11,367.64 |
| 08/31/10 | 132 | Schneider, Terry L | Dividend paid   7.52% on $11,073.06; Claim#<br>38: Filed: $11,073.06; Reference: | 7100-000 | | 832.97 | 10,534.67 |
| 08/31/10 | 133 | Paukstys, Rose M | Dividend paid   7.52% on $41,428.30; Claim#<br>39: Filed: $41,428.30; Reference: | 7100-000 | | 3,116.46 | 7,418.21 |
| 08/31/10 | 134 | Albert, Daryl L | Dividend paid   7.52% on $39,445.47; Claim#<br>40: Filed: $39,445.47; Reference: | 7100-000 | | 2,967.30 | 4,450.91 |
| 08/31/10 | 135 | Alice J Swank | Dividend paid   7.52% on $31,801.10; Claim#<br>41: Filed: $31,801.10; Reference: | 7100-000 | | 2,392.25 | 2,058.66 |
| 08/31/10 | 136 | Buehler, Van A | Dividend paid   7.52% on $27,359.82; Claim#<br>44: Filed: $27,359.82; Reference: | 7100-000 | | 2,058.15 | 0.51 |
| 08/31/10 | 137 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.51 | 0.00 |
| 09/24/10 | | Gould & Ratner | Refund on expenses | 3220-610 | | -2,500.00 | 2,500.00 |
| 10/01/10 | 138 | Commonwealth Edison | Dividend paid   7.65% on $3,464.82; Claim# 3: | 7100-000 | | 4.48 | 2,495.52 |

| | | Subtotals : | | | $0.00 | $121,628.19 | |
|---|---|---|---|---|---|---|---|

{} Asset reference(s)

Printed: 06/14/2011 12:36 PM    V.12.56

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 04-03204 |
| Case Name: | STATEWIDE HOLDING CORPORATION, |
| | DBA STATEWIDE HOLDING CORPORATION |
| Taxpayer ID #: | **-***1833 |
| Period Ending: | 06/14/11 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******66-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $3,464.82; Reference: | | | | |
| 10/01/10 | 139 | Strieker, Kenneth | Dividend paid   7.65% on $29,053.00; Claim# 4;<br>Filed: $29,053.00; Reference: | 7100-000 | | 37.55 | 2,457.97 |
| 10/01/10 | 140 | Schreiber, Chester | Dividend paid   7.65% on $15,800.74; Claim# 5;<br>Filed: $15,800.74; Reference: | 7100-000 | | 20.42 | 2,437.55 |
| 10/01/10 | 141 | Baright, Daniel | Dividend paid   7.65% on $79,773.05; Claim# 6;<br>Filed: $79,773.05; Reference: | 7100-000 | | 103.10 | 2,334.45 |
| 10/01/10 | 142 | LaBanow, John | Dividend paid   7.65% on $16,778.47; Claim# 7;<br>Filed: $16,778.47; Reference:<br>Stopped on 02/09/11 | 7100-000 | | 21.68 | 2,312.77 |
| 10/01/10 | 143 | Thompson, Patricia | Dividend paid   7.65% on $16,213.38; Claim# 8;<br>Filed: $16,213.38; Reference: | 7100-000 | | 20.95 | 2,291.82 |
| 10/01/10 | 144 | Thurber, Kristin D | Dividend paid   7.65% on $5,292.74; Claim# 9;<br>Filed: $5,292.74; Reference: | 7100-000 | | 6.84 | 2,284.98 |
| 10/01/10 | 145 | Vukovich, Richmond | Dividend paid   7.65% on $27,021.90; Claim#<br>10; Filed: $27,021.90; Reference: | 7100-000 | | 34.92 | 2,250.06 |
| 10/01/10 | 146 | Thorpe, Carol | Dividend paid   7.65% on $11,437.65; Claim#<br>11; Filed: $11,437.65; Reference: | 7100-000 | | 14.78 | 2,235.28 |
| 10/01/10 | 147 | Turk, Jim | Dividend paid   7.65% on $47,544.48; Claim#<br>12; Filed: $47,544.48; Reference: | 7100-000 | | 61.45 | 2,173.83 |
| 10/01/10 | 148 | North Shore Sanitary | Dividend paid   7.65% on $6.76; Claim# 13;<br>Filed: $6.76; Reference: | 7100-000 | | 0.01 | 2,173.82 |
| 10/01/10 | 149 | DeFilippis, Mary | Dividend paid   7.65% on $22,067.93; Claim#<br>14; Filed: $22,067.93; Reference: | 7100-000 | | 28.52 | 2,145.30 |
| 10/01/10 | 150 | Koath, Carol | Dividend paid   7.65% on $9,851.14; Claim# 15;<br>Filed: $9,851.14; Reference: | 7100-000 | | 12.74 | 2,132.56 |
| 10/01/10 | 151 | Moeller, Barbra | Dividend paid   7.65% on $16,291.88; Claim#<br>16; Filed: $16,291.88; Reference: | 7100-000 | | 21.06 | 2,111.50 |
| 10/01/10 | 152 | Habib, Daryl | Dividend paid   7.65% on $17,235.92; Claim#<br>17; Filed: $17,235.92; Reference: | 7100-000 | | 22.27 | 2,089.23 |
| 10/01/10 | 153 | Norstates Bank f/k/a Bank of<br>Waukegan | Dividend paid   7.65% on $299,732.81; Claim#<br>18; Filed: $299,732.81; Reference: | 7100-000 | | 387.39 | 1,701.84 |
| 10/01/10 | 154 | Norstates Bank a/k/a Bank of<br>Waukegan | Dividend paid   7.65% on $968,444.02; Claim#<br>21; Filed: $984,025.10; Reference: | 7100-000 | | 1,251.67 | 450.17 |
| 10/01/10 | 155 | Brooks, Betty | Dividend paid   7.65% on $14,900.97; Claim#<br>23; Filed: $14,900.97; Reference: | 7100-000 | | 19.26 | 430.91 |
| 10/01/10 | 156 | York, Mark | Dividend paid   7.65% on $6,013.25; Claim# 24;<br>Filed: $6,013.25; Reference: | 7100-000 | | 7.77 | 423.14 |
| 10/01/10 | 157 | Hammock, Karen S | Dividend paid   7.65% on $36,387.29; Claim#<br>25; Filed: $36,387.29; Reference: | 7100-000 | | 47.03 | 376.11 |
| 10/01/10 | 158 | Pietras, Marjorie | Dividend paid   7.65% on $12,698.33; Claim# | 7100-000 | | 16.41 | 359.70 |

Subtotals :        $0.00        $2,135.82

{} Asset reference(s)

Printed: 06/14/2011 12:36 PM    V.12.56

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| Case Number: | 04-03204 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | STATEWIDE HOLDING CORPORATION, | | Bank Name: | The Bank of New York Mellon |
| | DBA STATEWIDE HOLDING CORPORATION | | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1833 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 26: Filed: $0.00: Reference:<br>Stopped on 02/09/11 | | | | |
| 10/01/10 | 159 | Martin, Scott D | Dividend paid  7.65% on $45,508.37: Claim#<br>27: Filed: $0.00: Reference:<br>Stopped on 02/09/11 | 7100-000 | | 58.82 | 300.88 |
| 10/01/10 | 160 | Coad, Barbara | Dividend paid  7.65% on $10,500.00: Claim#<br>28: Filed: $10,500.00: Reference: | 7100-000 | | 13.57 | 287.31 |
| 10/01/10 | 161 | Ward, Bonne L | Dividend paid  7.65% on $18,000.00: Claim#<br>30: Filed: $18,000.00: Reference: | 7100-000 | | 23.26 | 264.05 |
| 10/01/10 | 162 | Grinath, Susan | Dividend paid  7.65% on $21,348.62: Claim#<br>32: Filed: $21,348.62: Reference: | 7100-000 | | 27.59 | 236.46 |
| 10/01/10 | 163 | Barwick, Maureen C | Dividend paid  7.65% on $31,849.87: Claim#<br>37: Filed: $31,849.87: Reference: | 7100-000 | | 41.16 | 195.30 |
| 10/01/10 | 164 | Schneider, Terry L | Dividend paid  7.65% on $11,073.06: Claim#<br>38: Filed: $11,073.06: Reference: | 7100-000 | | 14.32 | 180.98 |
| 10/01/10 | 165 | Paukstys, Rose M | Dividend paid  7.65% on $41,428.30: Claim#<br>39: Filed: $41,428.30: Reference: | 7100-000 | | 53.54 | 127.44 |
| 10/01/10 | 166 | Albert, Daryl L | Dividend paid  7.65% on $39,445.47: Claim#<br>40: Filed: $39,445.47: Reference: | 7100-000 | | 50.98 | 76.46 |
| 10/01/10 | 167 | Alice J Swank | Dividend paid  7.65% on $31,801.10: Claim#<br>41: Filed: $31,801.10: Reference: | 7100-000 | | 41.10 | 35.36 |
| 10/01/10 | 168 | Buehler, Van A | Dividend paid  7.65% on $27,359.82: Claim#<br>44: Filed: $27,359.82: Reference: | 7100-000 | | 35.36 | 0.00 |
| 01/18/11 | 111 | LaBanow, John | Dividend paid  7.52% on $16,778.47: Claim# 7:<br>Filed: $16,778.47: Reference:<br>Stopped: check issued on 08/31/10 | 7100-000 | | -1,262.17 | 1,262.17 |
| 01/18/11 | 126 | Pietras, Marjorie | Dividend paid  7.52% on $12,698.33: Claim#<br>26: Filed: $0.00: Reference:<br>Stopped: check issued on 08/31/10 | 7100-000 | | -955.24 | 2,217.41 |
| 01/18/11 | 127 | Martin, Scott D | Dividend paid  7.52% on $45,508.37: Claim#<br>27: Filed: $0.00: Reference:<br>Stopped: check issued on 08/31/10 | 7100-000 | | -3,423.38 | 5,640.79 |
| 02/09/11 | 142 | LaBanow, John | Dividend paid  7.65% on $16,778.47: Claim# 7:<br>Filed: $16,778.47: Reference:<br>Stopped: check issued on 10/01/10 | 7100-000 | | -21.68 | 5,662.47 |
| 02/09/11 | 158 | Pietras, Marjorie | Dividend paid  7.65% on $12,698.33: Claim#<br>26: Filed: $0.00: Reference:<br>Stopped: check issued on 10/01/10 | 7100-000 | | -16.41 | 5,678.88 |
| 02/09/11 | 159 | Martin, Scott D | Dividend paid  7.65% on $45,508.37: Claim#<br>27: Filed: $0.00: Reference:<br>Stopped: check issued on 10/01/10 | 7100-000 | | -58.82 | 5,737.70 |

Subtotals :          $0.00        $-5,378.00

{} Asset reference(s)                                      Printed: 06/14/2011 12:36 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

| | | | |
|---|---|---|---|
| Case Number: | 04-03204 | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | STATEWIDE HOLDING CORPORATION, | Bank Name: | The Bank of New York Mellon |
| | DBA STATEWIDE HOLDING CORPORATION | Account: | 9200-******66-66 - Checking Account |
| Taxpayer ID #: | **-***1833 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/14/11 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/11 | 169 | Clerk of the Court | Unclaimed funds | 7100-000 | | 5,737.70 | 0.00 |
| | | | ACCOUNT TOTALS | | 237,555.52 | 237,555.52 | $0.00 |
| | | | Less: Bank Transfers | | 237,555.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 237,555.52 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $237,555.52 | |

| Net Receipts : | 274,684.27 |
|---|---|
| Net Estate : | $274,684.27 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****66-19 | 7,150.51 | 0.00 | 0.00 |
| MMA # ***-*****66-65 | 267,475.01 | 37,128.75 | 0.00 |
| MMA # 9200-******66-65 | 58.75 | 0.00 | 0.00 |
| Checking # 9200-******66-66 | 0.00 | 237,555.52 | 0.00 |
| | $274,684.27 | $274,684.27 | $0.00 |