# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | | |
|---|---|---|---|
| In re: | STATEWIDE HOLDING | § | Case No. 04-03204 |
| | CORPORATION, | § | |
| | DBA STATEWIDE HOLDING | § | |
| Debtor(s) | CORPORATION | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 05 /03 /2019 at 1:30 p.m. in Courtroom B, Park City Court House 301 Greenleaf Ave Park City, Illinois 60085-5725. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/27/2019        By:    /s/ Ilene F. Goldstein
                                       Trustee

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: STATEWIDE HOLDING CORPORATION,   §   Case No. 04-03204
   DBA STATEWIDE HOLDING CORPORATION   §
   §
Debtor(s)   §

# SUMMARY OF TRUSTEE'S FINAL REPORT
# AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,161,279.27 |
| *and approved disbursements of* | $ 2,604,688.40 |
| *leaving a balance on hand of* [1] | $ 1,556,590.87 |
| **Balance on hand:** | $ 1,556,590.87 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 22 | Bank of Waukegan | 1,041,568.62 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 1,556,590.87 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 110,482.92 | 66,982.92 | 43,500.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 52,485.00 | 52,485.00 | 0.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 1,280.05 | 1,280.05 | 0.00 |
| Accountant for Trustee, Fees - Lois West c/o Kutchins, Robbins & Diamond, LTD | 2,963.62 | 0.00 | 2,963.62 |
| Other Fees: Gould & Ratner | 43,294.00 | 43,294.00 | 0.00 |
| Other Expenses: Gould & Ratner | 5,248.12 | 5,248.12 | 0.00 |
| Attorney for Trustee Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 47,740.00 | 0.00 | 47,740.00 |
| Attorney for Trustee Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 1,240.79 | 0.00 | 1,240.79 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| Accountant for Trustee, Fees - POPOWCER KATTEN, LTD. | | 8,420.00 | 8,420.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 95,444.41 |
| Remaining balance: | $ | 1,461,146.46 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,461,146.46 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 33 | Barwick, Maureen C | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 1,461,146.46 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,238,427.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Peoples Gas Light & Coke Co | 0.00 | 0.00 | 0.00 |
| 2 | Swank, Bryan W, Stuart O & Darryl S | 46,666.65 | 46,666.65 | 0.00 |
| 3 | Commonwealth Edison | 3,464.82 | 3,464.82 | 0.00 |
| 4 | Strieker, Kenneth | 29,053.00 | 29,053.00 | 0.00 |
| 5 | Schreiber, Chester | 15,800.74 | 15,800.74 | 0.00 |
| 6 | Baright, Daniel | 79,773.05 | 79,773.05 | 0.00 |
| 7 | LaBanow, John | 16,778.47 | 16,778.47 | 0.00 |
| 8 | Thompson, Patricia | 16,213.38 | 16,213.38 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 9 | Thurber, Kristin D | 3,292.74 | 3,292.75 | 0.00 |
| 10 | Vukovich, Raymond | 27,021.90 | 27,021.90 | 0.00 |
| 11 | Thorpe, Carol | 11,437.65 | 11,437.65 | 0.00 |
| 12 | Turk, Jim | 47,544.48 | 47,544.48 | 0.00 |
| 13 | North Shore Sanitary | 6.76 | 6.76 | 0.00 |
| 14 | DeFilippis, Mary | 22,067.93 | 22,067.93 | 0.00 |
| 15 | Koath, Carol | 9,851.14 | 9,851.14 | 0.00 |
| 16 | Moeller, Barbra | 16,291.88 | 16,291.88 | 0.00 |
| 17 | Habib, Daryl | 17,235.92 | 17,235.92 | 0.00 |
| 18 | Norstates Bank f/k/a Bank of Waukegan | 299,732.81 | 299,732.81 | 0.00 |
| 19 | US Dept of Labor/Statewide Holding Corp | 0.00 | 0.00 | 0.00 |
| 20 | US Dept of Labor/Statewide Holding Corp | 0.00 | 0.00 | 0.00 |
| 21 | Norstates Bank a/k/a Bank of Waukegan | 968,444.02 | 968,444.02 | 0.00 |
| 23 | Brooks, Betty | 14,900.97 | 14,900.97 | 0.00 |
| 24 | York, Mark | 6,013.25 | 6,013.25 | 0.00 |
| 25 | Hammock, Karen S | 36,387.29 | 36,387.29 | 0.00 |
| 26 | Pietras, Marjorie | 12,698.33 | 12,698.33 | 0.00 |
| 27 | JM Partners LLC | 45,508.37 | 45,508.37 | 0.00 |
| 28 | Coad, Barbara | 10,500.00 | 10,500.00 | 0.00 |
| 29 | Swank, Bryan W, Stuart O & Darryl S | 0.00 | 0.00 | 0.00 |
| 30 | Ward, Bonne L | 18,000.00 | 18,000.00 | 0.00 |
| 31 | Riedel, Renee A | 0.00* | 0.00 | 0.00 |
| 32 | Grinath, Susan | 21,348.62 | 21,348.62 | 0.00 |
| 34 | Peterson, Ada | 6,602.61 | 6,602.61 | 0.00 |
| 35 | Roger Iles | 157,500.00 | 157,500.00 | 0.00 |
| 36 | Geronimi, Michael | 0.00 | 0.00 | 0.00 |
| 37 | Barwick, Maureen C | 31,849.87 | 31,849.87 | 0.00 |
| 38 | Schneider, Terry L | 11,073.06 | 11,073.06 | 0.00 |
| 39 | Paukstys, Rose M | 41,428.30 | 41,428.30 | 0.00 |
| 40 | Albert, Daryl L | 39,445.47 | 39,445.47 | 0.00 |
| 41 | Alice J Swank | 31,801.10 | 31,801.10 | 0.00 |
| 42 | Swank, Rodrick D | 15,555.55 | 15,555.55 | 0.00 |
| 43 | Swank, Marianne L | 15,555.55 | 15,555.55 | 0.00 |
| 44 | Buehler, Van A | 27,359.82 | 27,359.82 | 0.00 |
| 45 | Pecher, Susan J | 15,555.55 | 15,555.55 | 0.00 |

* This claimant received $12,895.00 however did not cash her check so the funds were deposited with the Clerk Of the United States Bankruptcy Court.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 46 | Anderson, William P | 0.00 | 0.00 | 0.00 |
| 47 | Ralph W. Swank Jr. | 15,555.55 | 15,555.55 | 0.00 |
| 48 | Jay S. Swank | 15,555.55 | 15,555.55 | 0.00 |
| 49 | Wayne Swank | 15,555.55 | 15,555.55 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 1,461,146.46

Tardily filed claims of general (unsecured) creditors totaling $ 105,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 50 | Sabonjan, Lorene | 105,000.00 | 105,000.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 1,461,146.46

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 1,461,146.46

The amount of surplus returned to the debtor after payment of all claims and interest is $ 1,461,146.46.

The breakdown of those payments is attached hereto as Proposed Claims Distribution

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL  60062
(847) 562-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Claims Proposed Distribution

## Case: 04-03204 STATEWIDE HOLDING CORPORATION,

**Case Balance:** $1,556,590.87    **Total Proposed Payment:** $1,556,590.87    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 22 | Bank of Waukegan | Secured | 1,041,568.62 | 0.00 | 0.00 | 0.00 | 0.00 | 1,556,590.87 |
|  | Lois West c/o Kutchins, Robbins & Diamond, LTD <3310-00 Accountant for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 2,963.62 | 2,963.62 | 0.00 | 2,963.62 | 2,963.62 | 1,553,627.25 |
|  | ILENE F. GOLDSTEIN <2100-00 Trustee Compensation> | Admin Ch. 7 | 148,088.38 | 110,482.92 | 66,982.92 | 43,500.00 | 43,500.00 | 1,510,127.25 |
|  | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 1,240.79 | 1,240.79 | 0.00 | 1,240.79 | 1,240.79 | 1,508,886.46 |
|  | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 47,740.00 | 47,740.00 | 0.00 | 47,740.00 | 47,740.00 | 1,461,146.46 |
|  | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 52,485.00 | 52,485.00 | 52,485.00 | 0.00 | 0.00 | 1,461,146.46 |
|  | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 1,280.05 | 1,280.05 | 1,280.05 | 0.00 | 0.00 | 1,461,146.46 |
|  | Gould & Ratner <3210-60 Special Counsel for Trustee Fees> | Admin Ch. 7 | 43,294.00 | 43,294.00 | 43,294.00 | 0.00 | 0.00 | 1,461,146.46 |
|  | Gould & Ratner <3220-61 Special Counsel for Trustee Expenses> | Admin Ch. 7 | 5,248.12 | 5,248.12 | 5,248.12 | 0.00 | 0.00 | 1,461,146.46 |
|  | POPOWCER KATTEN, LTD. <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 8,420.00 | 8,420.00 | 8,420.00 | 0.00 | 0.00 | 1,461,146.46 |
| 33 | Barwick, Maureen C | Priority | 31,849.87 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 1 | Peoples Gas Light & Coke Co | Unsecured | 1,783.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 2 | Swank, Bryan W, Stuart O & Darryl S | Unsecured | 46,666.65 | 46,666.65 | 46,666.65 | 0.00 | 0.00 | 1,461,146.46 |
| 3 | Commonwealth Edison | Unsecured | 3,464.82 | 3,464.82 | 3,464.82 | 0.00 | 0.00 | 1,461,146.46 |
| 4 | Strieker, Kenneth | Unsecured | 29,053.00 | 29,053.00 | 29,053.00 | 0.00 | 0.00 | 1,461,146.46 |
| 5 | Schreiber, Chester | Unsecured | 15,800.74 | 15,800.74 | 15,800.74 | 0.00 | 0.00 | 1,461,146.46 |
| 6 | Baright, Daniel | Unsecured | 79,773.05 | 79,773.05 | 79,773.05 | 0.00 | 0.00 | 1,461,146.46 |
| 7 | LaBanow, John | Unsecured | 16,778.47 | 16,778.47 | 16,778.47 | 0.00 | 0.00 | 1,461,146.46 |
| 8 | Thompson, Patricia | Unsecured | 16,213.38 | 16,213.38 | 16,213.38 | 0.00 | 0.00 | 1,461,146.46 |
| 9 | Thurber, Kristin D | Unsecured | 5,292.74 | 5,292.74 | 5,292.74 | 0.00 | 0.00 | 1,461,146.46 |
| 10 | Vukovich, Raymond | Unsecured | 27,021.90 | 27,021.90 | 27,021.90 | 0.00 | 0.00 | 1,461,146.46 |
| 11 | Thorpe, Carol | Unsecured | 11,437.65 | 11,437.65 | 11,437.65 | 0.00 | 0.00 | 1,461,146.46 |
| 12 | Turk, Jim | Unsecured | 47,544.48 | 47,544.48 | 47,544.48 | 0.00 | 0.00 | 1,461,146.46 |
| 13 | North Shore Sanitary | Unsecured | 6.76 | 6.76 | 6.76 | 0.00 | 0.00 | 1,461,146.46 |
| 14 | DeFilippis, Mary | Unsecured | 22,067.93 | 22,067.93 | 22,067.93 | 0.00 | 0.00 | 1,461,146.46 |
| 15 | Koath, Carol | Unsecured | 9,851.14 | 9,851.14 | 9,851.14 | 0.00 | 0.00 | 1,461,146.46 |

## Claims Proposed Distribution

### Case:  04-03204   STATEWIDE HOLDING CORPORATION,

**Case Balance:** $1,556,590.87    **Total Proposed Payment:** $1,556,590.87    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 16 | Moeller, Barbra | Unsecured | 16,291.88 | 16,291.88 | 16,291.88 | 0.00 | 0.00 | 1,461,146.46 |
| 17 | Habib, Daryl | Unsecured | 17,235.92 | 17,235.92 | 17,235.92 | 0.00 | 0.00 | 1,461,146.46 |
| 18 | Norstates Bank f/k/a Bank of Waukegan | Unsecured | 299,732.81 | 299,732.81 | 299,732.81 | 0.00 | 0.00 | 1,461,146.46 |
| 19 | US Dept of Labor/Statewide Holding Corp | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 20 | US Dept of Labor/Statewide Holding Corp | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 21 | Norstates Bank a/k/a Bank of Waukegan | Unsecured | 984,025.10 | 968,444.02 | 968,444.02 | 0.00 | 0.00 | 1,461,146.46 |
| 23 | Brooks, Betty | Unsecured | 14,900.97 | 14,900.97 | 14,900.97 | 0.00 | 0.00 | 1,461,146.46 |
| 24 | York, Mark | Unsecured | 6,013.25 | 6,013.25 | 6,013.25 | 0.00 | 0.00 | 1,461,146.46 |
| 25 | Hammock, Karen S | Unsecured | 36,387.29 | 36,387.29 | 36,387.29 | 0.00 | 0.00 | 1,461,146.46 |
| 26 | Pietras, Marjorie | Unsecured | 0.00 | 12,698.33 | 12,698.33 | 0.00 | 0.00 | 1,461,146.46 |
| 27 | JM Partners LLC | Unsecured | 0.00 | 45,508.37 | 45,508.37 | 0.00 | 0.00 | 1,461,146.46 |
| 28 | Coad, Barbara | Unsecured | 10,500.00 | 10,500.00 | 10,500.00 | 0.00 | 0.00 | 1,461,146.46 |
| 29 | Swank, Bryan W, Stuart O & Darryl S | Unsecured | 9,441.44 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 30 | Ward, Bonne L | Unsecured | 18,000.00 | 18,000.00 | 18,000.00 | 0.00 | 0.00 | 1,461,146.46 |
| 31 | Riedel, Renee A | Unsecured | 12,895.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 32 | Grinath, Susan | Unsecured | 21,348.62 | 21,348.62 | 21,348.62 | 0.00 | 0.00 | 1,461,146.46 |
| 34 | Peterson, Ada | Unsecured | 6,602.61 | 6,602.61 | 6,602.61 | 0.00 | 0.00 | 1,461,146.46 |
| 35 | Roger Iles | Unsecured | 157,500.00 | 157,500.00 | 157,500.00 | 0.00 | 0.00 | 1,461,146.46 |
| 36 | Geronimi, Michael | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 37 | Barwick, Maureen C | Unsecured | 31,849.87 | 31,849.87 | 31,849.87 | 0.00 | 0.00 | 1,461,146.46 |
| 38 | Schneider, Terry L | Unsecured | 11,073.06 | 11,073.06 | 11,073.06 | 0.00 | 0.00 | 1,461,146.46 |
| 39 | Paukstys, Rose M | Unsecured | 41,428.30 | 41,428.30 | 41,428.30 | 0.00 | 0.00 | 1,461,146.46 |
| 40 | Albert, Daryl L | Unsecured | 39,445.47 | 39,445.47 | 39,445.47 | 0.00 | 0.00 | 1,461,146.46 |
| 41 | Alice J Swank | Unsecured | 31,801.10 | 31,801.10 | 31,801.10 | 0.00 | 0.00 | 1,461,146.46 |
| 42 | Swank, Rodrick D | Unsecured | 15,555.55 | 15,555.55 | 15,555.55 | 0.00 | 0.00 | 1,461,146.46 |
| 43 | Swank, Marianne L | Unsecured | 15,555.56 | 15,555.55 | 15,555.55 | 0.00 | 0.00 | 1,461,146.46 |
| 44 | Buehler, Van A | Unsecured | 27,359.82 | 27,359.82 | 27,359.82 | 0.00 | 0.00 | 1,461,146.46 |
| 45 | Pecher, Susan J | Unsecured | 15,555.56 | 15,555.55 | 15,555.55 | 0.00 | 0.00 | 1,461,146.46 |
| 46 | Anderson, William P | Unsecured | 150,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,461,146.46 |
| 47 | Ralph W. Swank Jr. | Unsecured | 15,555.55 | 15,555.55 | 15,555.55 | 0.00 | 0.00 | 1,461,146.46 |
| 48 | Jay S. Swank | Unsecured | 15,555.55 | 15,555.55 | 15,555.55 | 0.00 | 0.00 | 1,461,146.46 |
| 49 | Wayne Swank | Unsecured | 15,555.55 | 15,555.55 | 15,555.55 | 0.00 | 0.00 | 1,461,146.46 |
| 50 | Sabonjan, Lorene | Unsecured | 105,000.00 | 105,000.00 | 105,000.00 | 0.00 | 0.00 | 1,461,146.46 |
| 51 | Statewide Holding Corp ESOP Plan c/o Administrator | Unsecured | 240,185.13 | 240,185.13 | 0.00 | 240,185.13 | 240,185.13 | 1,220,961.33 |

## Claims Proposed Distribution

### Case: 04-03204   STATEWIDE HOLDING CORPORATION,

**Case Balance:** $1,556,590.87    **Total Proposed Payment:** $1,556,590.87    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 52 | Swank Family Partnership | Unsecured | 912,844.87 | 912,844.87 | 0.00 | 912,844.87 | 912,844.87 | 308,116.46 |
| 53 | Fred Abdula | Unsecured | 6,158.70 | 6,158.70 | 0.00 | 6,158.70 | 6,158.70 | 301,957.76 |
| 54 | Trustco FBO #28 | Unsecured | 9,277.81 | 9,277.81 | 0.00 | 9,277.81 | 9,277.81 | 292,679.95 |
| 55 | William P Anderson | Unsecured | 857.09 | 857.09 | 0.00 | 857.09 | 857.09 | 291,822.86 |
| 56 | Alloe Pucin Andreassen | Unsecured | 5,522.51 | 5,522.51 | 0.00 | 5,522.51 | 5,522.51 | 286,300.35 |
| 57 | Daniel L. Baright | Unsecured | 31,367.87 | 31,367.87 | 0.00 | 31,367.87 | 31,367.87 | 254,932.48 |
| 58 | Jacqueline B. Billings | Unsecured | 4,418.01 | 4,418.01 | 0.00 | 4,418.01 | 4,418.01 | 250,514.47 |
| 59 | William T. Billings | Unsecured | 2,862.87 | 2,862.87 | 0.00 | 2,862.87 | 2,862.87 | 247,651.60 |
| 60 | Willian Cahill | Unsecured | 658.28 | 658.28 | 0.00 | 658.28 | 658.28 | 246,993.32 |
| 61 | Barbara Coad | Unsecured | 11,045.03 | 11,045.03 | 0.00 | 11,045.03 | 11,045.03 | 235,948.29 |
| 62 | How & Co c/o No Trust Co A/C #02-93582 | Unsecured | 3,092.61 | 3,092.61 | 0.00 | 3,092.61 | 3,092.61 | 232,855.68 |
| 62 | Michael Deininger | Unsecured | 534.58 | 534.58 | 0.00 | 534.58 | 534.58 | 232,321.10 |
| 63 | Donald & Audrey Johnson | Unsecured | 11,045.03 | 11,045.03 | 0.00 | 11,045.03 | 11,045.03 | 221,276.07 |
| 64 | John Kegaly | Unsecured | 1,656.75 | 1,656.75 | 0.00 | 1,656.75 | 1,656.75 | 219,619.32 |
| 65 | Audrey L. Krone | Unsecured | 2,209.01 | 2,209.01 | 0.00 | 2,209.01 | 2,209.01 | 217,410.31 |
| 66 | James A Lawson | Unsecured | 658.28 | 658.28 | 0.00 | 658.28 | 658.28 | 216,752.03 |
| 67 | Barney Loeb | Unsecured | 11,045.03 | 11,045.03 | 0.00 | 11,045.03 | 11,045.03 | 205,707.00 |
| 68 | Richard T. Morency | Unsecured | 1,974.85 | 1,974.85 | 0.00 | 1,974.85 | 1,974.85 | 203,732.15 |
| 69 | TRUSTCO FBO Richard T. Morency | Unsecured | 4,992.35 | 4,992.35 | 0.00 | 4,992.35 | 4,992.35 | 198,739.80 |
| 70 | TRUSTCO FBO Glenn P. Sapa | Unsecured | 4,992.35 | 4,992.35 | 0.00 | 4,992.35 | 4,992.35 | 193,747.45 |
| 71 | TRUSTCO FBO Patrick O'Sullivan | Unsecured | 176.72 | 176.72 | 0.00 | 176.72 | 176.72 | 193,570.73 |
| 72 | John Ondrovic | Unsecured | 441.80 | 441.80 | 0.00 | 441.80 | 441.80 | 193,128.93 |
| 73 | Tralan J. Pora | Unsecured | 11,045.03 | 11,045.03 | 0.00 | 11,045.03 | 11,045.03 | 182,083.90 |
| 74 | Pro Col Corporation | Unsecured | 2,209.01 | 2,209.01 | 0.00 | 2,209.01 | 2,209.01 | 179,874.89 |
| 75 | Ardith Louise Pucin | Unsecured | 5,522.51 | 5,522.51 | 0.00 | 5,522.51 | 5,522.51 | 174,352.38 |
| 76 | Harold C. Recard | Unsecured | 331.35 | 331.35 | 0.00 | 331.35 | 331.35 | 174,021.03 |
| 77 | Roy E. Robinson | Unsecured | 2,730.33 | 2,730.33 | 0.00 | 2,730.33 | 2,730.33 | 171,290.70 |
| 78 | Dimitra G. Roupas | Unsecured | 11,045.03 | 11,045.03 | 0.00 | 11,045.03 | 11,045.03 | 160,245.67 |
| 79 | Glenn P. Sapa | Unsecured | 1,974.85 | 1,974.85 | 0.00 | 1,974.85 | 1,974.85 | 158,270.82 |
| 80 | Michael & Diane Scavarda | Unsecured | 101,614.24 | 101,614.24 | 0.00 | 101,614.24 | 101,614.24 | 56,656.58 |
| 81 | Jessica Seele | Unsecured | 2,209.01 | 2,209.01 | 0.00 | 2,209.01 | 2,209.01 | 54,447.57 |
| 82 | Ralph W. Swank, Trustee R W Swank Revocable Trust | Unsecured | 21,732.19 | 21,732.19 | 0.00 | 21,732.19 | 21,732.19 | 32,715.38 |
| 83 | TRUSTCO JM Swank FBO Lee A Swank | Unsecured | 6,777.23 | 6,777.23 | 0.00 | 6,777.23 | 6,777.23 | 25,938.15 |

# Claims Proposed Distribution

### Case: 04-03204   STATEWIDE HOLDING CORPORATION,

**Case Balance:** $1,556,590.87    **Total Proposed Payment:** $1,556,590.87    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 84 | Edwin E Tomel as Trustee of Edwin E Tomel Trust dated 11/14/ | Unsecured | 6,887.68 | 6,887.68 | 0.00 | 6,887.68 | 6,887.68 | 19,050.47 |
| 85 | Sharon R Tomel as Trustee of Sharon R Tomel Trust dated 11/ | Unsecured | 6,887.68 | 6,887.68 | 0.00 | 6,887.68 | 6,887.68 | 12,162.79 |
| 86 | James F. Turk | Unsecured | 3,070.52 | 3,070.52 | 0.00 | 3,070.52 | 3,070.52 | 9,092.27 |
| 87 | Blair T Walker | Unsecured | 2,761.26 | 2,761.26 | 0.00 | 2,761.26 | 2,761.26 | 6,331.01 |
| 88 | John B Walker | Unsecured | 2,761.26 | 2,761.26 | 0.00 | 2,761.26 | 2,761.26 | 3,569.75 |
| 89 | William P. Welble | Unsecured | 3,569.75 | 3,569.75 | 0.00 | 3,569.75 | 3,569.75 | 0.00 |
| | **Total for Case 04-03204 :** | | **$5,320,246.75** | **$4,077,728.66** | **$2,521,137.79** | **$1,556,590.87** | **$1,556,590.87** | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $310,759.96 | $273,154.50 | $177,710.09 | $95,444.41 | 100.000000% |
| **Total Priority Claims :** | $31,849.87 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Secured Claims :** | $1,041,568.62 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $3,936,068.30 | $3,804,574.16 | $2,343,427.70 | $1,461,146.46 | 100.000000% |