UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                          )
                                                )
**STATEWIDE HOLDING CORPORATION,**              )    Bankruptcy Case No. 04-03204 ABG
**DBA STATEWIDE HOLDING CORPORATION**           )    Chapter 7
                                                )
Debtor(s).                                      )

## CERTIFICATE OF SERVICE

     The undersigned certifies that on __April 2, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

     STATEWIDE HOLDING CORPORATION,
     DBA STATEWIDE HOLDING CORPORATION
     329 N GENESEE ST
     WAUKEGAN, IL 60085-4205,

     LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
     900 Skokie Blvd
     Suite 128
     Northbrook, IL 60062

     Lois West c/o Kutchins, Robbins & Diamond, LTD
     1101 Perimeter Drive Ste 760
     Schaumburg, IL 60173


     LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
     900 Skokie Blvd
     Suite 128
     Northbrook, IL 60062

     ILENE F. GOLDSTEIN
     c/o Ilene F. Goldstein, Chartered
     Suite 200
     Highland Park, IL 60035

| | |
|---|---|
| 51 | Statewide Holding Corp ESOP Plan c/o Administrator<br>TNB Financial Services<br>5101 Washington St  Ste 1101<br>Gurnee, IL 60031 |
| 52 | Swank Family Partnership<br>c/o Daryl S. Swank<br>6033 Golfview<br>Gurnee, IL 60031 |
| 53 | Fred Abdula<br>123 Lake St<br>Waukegan, IL 60085 |
| 54 | Trustco FBO #28<br>c/o TNB Financial Services, INC<br>5101 Washington St Suite 1101<br>Gurnee, IL 60031 |
| 55 | William P Anderson<br>1114 N. Sheridan Rd<br>Waukegan,, IL 60085 |
| 56 | Alloe Pucin Andreassen<br>116 Homeport Drive<br>Palm Harbor, FL 34683 |
| 57 | Daniel L. Baright<br>10 Shoshoni<br>Lake Villa, IL 60046 |
| 58 | Jacqueline B. Billings<br>1566 Tennessee Walker<br>Rosewell, GA 30075-3152 |
| 59 | William T. Billings<br>1566 Tennessee Walker<br>Rosewell, GA 30075 |
| 60 | Willian Cahill<br>280 South St<br>Elmhurst, IL 60126-4024 |

61  Barbara Coad
    37522 N. Geraghty Ave
    Waukegan,, IL 60085

62  How & Co c/o No Trust Co A/C #02-93582
    PO Box 92303
    Chicago,, IL 60675-2303

62  Michael Deininger
    8539 33rd Avenue
    Kenosha, WI 53142

63  Donald & Audrey Johnson
    320 West St Charles Rd
    Villa Park, IL 60181

64  John Kegaly
    836 Park Ave
    Hinsdale, IL 60521

65  Audrey L. Krone
    18630 Bernardo Trails DR
    San Diego, CA 92128

66  James A Lawson
    1590 Woodcrest St
    Aurora, IL 60504

67  Barney Loeb
    91 Cali Court
    PO Box 834
    Libertyville, IL 60048

68  Richard T. Morency
    91 Muirfield Circle
    Wheton, IL 60187

69  TRUSTCO FBO  Richard T. Morency
    TNB Financial Services
    5101 Washington St  Ste 1101
    Gurnee, IL 60031

| | |
|---|---|
| 70 | TRUSTCO FBO Glenn P. Sapa<br>TNB Financial Services<br>5101 Washington St Ste 1101<br>Gurnee, IL 60031 |
| 71 | TRUSTCO FBO Patrick O'Sullivan<br>TNB Financial Services<br>5101 Washington St Ste 1101<br>Gurnee, IL 60031 |
| 72 | John Ondrovic<br>1324 W Berridge<br>Phoenix, AZ 85013 |
| 73 | Tralan J. Pora<br>1437 Ridge Rd<br>Northbrook, IL 60062 |
| 74 | Pro Col Corporation<br>c/o Mr. Mel Mickevich<br>937 West Castlewood Terr<br>Chicago, IL 60640-4218 |
| 75 | Ardith Louise Pucin<br>405 Oakwood Ave<br>Waukegan, IL 60085 |
| 76 | Harold C. Recard<br>5125 Nature Trail<br>Racine, WI 53405-4428 |
| 77 | Roy E. Robinson<br>303 N Lindsay R12<br>Mesa, AZ 85213-8519 |
| 78 | Dimitra G. Roupas<br>5535 Charles St<br>Franksville, WI 53402 |
| 79 | Glenn P. Sapa<br>27 W. 506 Wallace Rd<br>Wheaton, IL 60187 |

| | |
|---|---|
| 80 | Michael & Diane Scavarda<br>921 Mary Jane Dr. NW<br>Cullman, AL 35055 |
| 81 | Jessica Steele c/o Michael Steele<br>760 N. Greenbay Rd<br>Waukegan, IL 60085 |
| 82 | Ralph W. Swank, Trustee  R W Swank Revocable Trust<br>c/o Daryl Swank<br>6033 Golfview<br>Gurnee, IL 60031 |
| 83 | TRUSTCO JM Swank FBO Lee A Swank<br>TNB Financial Services<br>5101 Washington St  Ste 1101<br>Gurnee, IL 60031 |
| 84 | Edwin E Tomel as Trustee of Edwin E Tomel Trust dated 11/14/<br>1032 Oakfern Lane<br>Darien, IL 60561 |
| 85 | Sharon R Tomel as Trustee of Sharon R  Tomel Trust dated 11/<br>1032 Oakfern Lane<br>Darien, IL 60561 |
| 86 | James F. Turk<br>2301 N. Bonnie Brook Lane<br>Waukegan, IL 60087 |
| 87 | Blair T Walker<br>1600 Sheridan Rd<br>Waukegan, IL 60085 |
| 88 | John B Walker<br>17897 SE 51st Street<br>Ocklawaha, FL 32179 |
| 89 | William P. Welble<br>2135 Fairway Ct<br>St Charles, IL 60174 |

s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402